UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. MARK GEIER AND DAVID GEIER<br>14 Redgate Court<br>Silver Spring, Maryland 20905 | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 05-1749 |
| v. | ) ) ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Avenue, SW<br>Washington, DC 20201 | ) ) ) ) ) ) | |
| DR. SARAH K. PARKER<br>CHILDREN'S HOSPITAL - DEPARTMENT OF PEDIATRICS<br>1056 East 19th Avenue<br>Denver, CO. 80218 | ) ) ) ) ) ) | |
| DR. JAMES TODD<br>CHILDREN'S HOSPITAL - DEPARTMENT OF PEDIATRICS<br>1056 East 19th Avenue<br>Denver, CO. 80218 | ) ) ) ) ) ) | |
| DR. BENJAMIN SCHWARTZ<br>NATIONAL VACCINE PROGRAM OFFICE<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Avenue, SW - Room 725-H<br>Washington, DC 20201 | ) ) ) ) ) ) ) ) | |
| DR. LARRY PICKERING<br>CDC - NATIONAL IMMUNIZATION PROGRAM<br>1600 Clifton Road, MS E05<br>Atlanta, GA 30333 | ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| THE AMERICAN ACADEMY OF<br>PEDIATRICS<br>601 13th Street, NW<br>Suite 400-North<br>Washington, DC 20005<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for the Department of Health and Human Services in the above-captioned case.

                                            ALAN BURCH, D.C. Bar # 470655
                                            Assistant United States Attorney
                                            555 4th St., N.W.
                                            Washington, D.C. 20530
                                            (202) 514-7204
                                            alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that the foregoing Praecipe was served upon counsel for plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

James A. Moody
The Cullen Law Firm, PLLC
1101 30th St. NW, Suite 300
Washington, DC 20007

on this 22nd day of 2005.

_____
ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov