AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Dr. Mark Geier, et al.,

        Plaintiff(s)

vs.

Department of Health and Human Services, et al.,

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:05 CV 01749 (RWR)

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Jay Ward Brown__  as counsel in this
                                (Attorney's Name)

case for: __The American Academy of Pediatrics__
                  (Name of party or parties)

October 26, 2005
Date

*/s/ Jay Ward Brown*
Signature

Jay Ward Brown
Print Name

437686
BAR IDENTIFICATION

Levine Sullivan, 1050 17th St. NW, Ste. 800
Address

Washington, DC 20036
City     State     Zip Code

202-508-1125
Phone Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2005, I caused a copy of the foregoing Appearance to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and by first-class mail at the following address:

> James A. Moody
> THE CULLEN LAW FIRM, P.L.L.C.
> 1101 30th Street, N.W.
> Suite 300
> Washington, DC  20007

/s/ Adam J. Rappaport
Adam J. Rappaport