A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Dr. Mark Geier, et al.,

        Plaintiff(s)

vs.

Department of Health and Human Services, et al.,
        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:05 CV 01749 (RWR)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Adam J. Rappaport  as counsel in this
                               (Attorney's Name)

case for:  The American Academy of Pediatrics
                (Name of party or parties)


October 26, 2005
Date

/s/ Adam J. Rappaport
Signature

Adam J. Rappaport
Print Name

Levine Sullivan, 1050 17th St., NW, Ste. 800
Address

Washington, DC 20036
City         State         Zip Code

202 508-1113
Phone Number

479866
BAR IDENTIFICATION

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I caused a copy of the foregoing Appearance to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and by first-class mail at the following address:

> James A. Moody
> THE CULLEN LAW FIRM, P.L.L.C.
> 1101 30th Street, N.W.
> Suite 300
> Washington, DC  20007

/s/ Adam J. Rappaport
Adam J. Rappaport