**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER, <br><br>             **Plaintiffs,** <br><br>    **vs.** <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, DR. SARAH K. PARKER, DR. JAMES TODD, DR. BENJAMIN SCHWARTZ, DR. LARRY PICKERING, and THE AMERICAN ACADEMY OF PEDIATRICS, <br><br>             **Defendants.** | Case No. 1:05-CV-01749(RWR) |

**MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

Defendant American Academy of Pediatrics ("AAP") moves to extend the time in which it is required to answer, move or otherwise respond to the Complaint to and including December 1, 2005.

1. The Complaint in this matter was filed in this Court on September 1, 2005. Plaintiffs allege among other things that they were defamed in an article in Volume 114, No. 3 of *Pediatrics*, a medical journal published more than a year ago by AAP.

2. On September 2, 2005, Plaintiffs sought a waiver of service from AAP pursuant to Federal Rule of Civil Procedure 4(d). AAP executed the waiver on September 19, 2005. As a result, AAP presently is required to answer, move, or otherwise respond to the Complaint 60 days after the request was sent, *i.e.*, on or before November 1, 2005. *See* F.R.C.P. 4(d)(3).

3. AAP requests that this deadline be extended by 30 days, until December 1, 2005, because additional time is needed to adequately investigate plaintiffs' allegations and determine

what response is appropriate.  This case involves six defendants scattered across the country.
One of the defendants is an agency of the federal government, two are federal government
employees, and two others are employees of the state of Colorado.  AAP is a non-profit
organization based in Illinois.  Furthermore, this action, which arises out of a scientific
controversy, includes claims for defamation, tortious interference with contract, tortious
interference with prospective business relations, review of adverse agency action, and
deprivation of constitutional rights.

4.     Undersigned counsel has moved promptly since engagement to investigate the
claims at issue, but has not yet been able to complete that investigation despite diligent effort.
When the need for an extension of the pleading deadline became apparent, undersigned counsel
for AAP left voice-mail messages for both of plaintiffs' counsel on the morning of October 26,
2005.  After neither message was returned, counsel for AAP faxed a letter to both of plaintiffs'
counsel on October 27, 2005 explaining the situation and seeking their consent to the present
motion.  As plaintiffs' counsel have not  responded to any of these communications, AAP is
constrained to file this motion.

For these reasons, AAP believes in good faith that the requested extension is reasonable
and warranted under the circumstances, and does not prejudice plaintiffs.

WHEREFORE, AAP respectfully requests that the Court enter an order extending its time to answer, move or otherwise respond to the Complaint to and including December 1, 2005.

Dated:  October 31, 2005                    Respectfully submitted,

                                            LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                            By: /s/ Jay Ward Brown
                                                Jay Ward Brown (D.C. Bar No. 437686)
                                                Adam J. Rappaport (D.C. Bar No. 479866)
                                            1050 Seventeenth Street, N.W., Suite 800
                                            Washington, DC  20036
                                            (202) 508-1100

                                            *Counsel for Defendant*
                                            *American Academy of Pediatrics*

## STATEMENT OF DUTY TO CONFER

Pursuant to Local Civil Rule 7.1(m), undersigned counsel hereby states that he made a good-faith effort to determine whether there was any opposition to the relief sought by leaving voice-mail messages for both of plaintiffs' counsel on October 26, 2005 and by faxing them a letter seeking their consent on October 27, 2005.  As plaintiffs' counsel has not responded to these communications, undersigned counsel is unable to ascertain whether there is any opposition to the motion.

/s/ Jay Ward Brown
Jay Ward Brown

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2005, I caused a copy of the foregoing Motion for

Extension of Time to File Responsive Pleading to be served by the Court's Electronic Case

Filing System upon all parties scheduled for electronic notice, and by facsimile and first-class

mail at the following address:

> James A. Moody, Esq.
> THE CULLEN LAW FIRM, P.L.L.C.
> 1101 30th Street, N.W.
> Suite 300
> Washington, DC  20007
> Facsimile: (202) 944-8611
> *Counsel for Plaintiffs*


> /s/ Adam J. Rappaport
> Adam J. Rappaport