IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER,<br><br>                 Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, DR. SARAH K. PARKER, DR. JAMES TODD, DR. BENJAMIN SCHWARTZ, DR. LARRY PICKERING, and THE AMERICAN ACADEMY OF PEDIATRICS,<br><br>                 Defendants. | Case No. 1:05-CV-01749(RWR) |

**ORDER**

UPON CONSIDERATION OF the Motion for Extension of Time to File Responsive Pleading of Defendant American Academy of Pediatrics, it is hereby

ORDERED that the motion is granted, and this Defendant shall have up to and including December 1, 2005 to answer, move or otherwise respond to the Complaint.


Dated: _____, 2005　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Serve:

Jay Ward Brown
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, DC  20036
*Counsel for Defendant American Academy of Pediatrics*

Alan Burch
55 4th Street, N.W.
Washington, DC  20530
*Counsel for Defendant Department of Health and Human Services*

James A. Moody
THE CULLEN LAW FIRM, P.L.L.C.
1101 30th Street, N.W.
Suite 300
Washington, DC  20007
*Counsel for Plaintiffs*