# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER<br>14 Rodgate Court<br>Silver Spring, Maryland 20905,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN<br>  SERVICES<br>200 Independence Avenue, SW<br>Washington, DC 20201<br><br>and<br><br>DR. SARAH K. PARKER and DR. JAMES TODD<br>Children's Hospital – Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO 80218<br><br>and<br><br>DR. BENJAMIN SCHWARTZ and<br>DR. LARRY PICKERING<br>National Vaccine Program Office<br>Department of Health and Human Services<br>200 Independence Avenue, SW – Room 725<br>Washington, DC 20201<br><br>and<br><br>THE AMERICAN ACADEMY OF PEDIATRICS<br>601 13th Street, NW<br>Suite 400- North<br>Washington, DC 20005,<br><br>    Defendants. | Case No. 1:05CV01749<br>Judge Richard W. Roberts |

## **PRAECIPE**

The Clerk of the Court will kindly enter the appearance of Edward J. Longosz, II, Esquire of the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as co-counsel for defendants, Dr. Sarah K. Parker and Dr. James Todd.

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*Edward J. Longosz, II*
Edward J. Longosz, II  #368932
Erica Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
Counsel for Defendants, Parker and Todd


OFFICE OF UNIVERSITY COUNSEL

Patrick T. O'Rourke
Managing Associate University Counsel
Special Assistant Attorney General
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO 80204
303-556-4339
FACSIMILE:  303-825-7630
Patrick.Orourke@cudenver.edu
*Attorney for Defendants Parker and Todd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Praecipe** was served electronically and sent by first-class postage pre-paid mail, this ___ day of October, 2004

        James A. Moody, Esquire
        The Cullen Law Firm, P.L.L.C.
        1101 30th Street, N.W., Suite 300
        Washington, D.C. 20007

        Alan Burch, Esquire
        U.S. Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530

        Dr. Benjamin Schwartz and
        Dr. Larry Pickering
        c/o National Vaccine Program Office
        Department of Health and Human Services
        200 Independence Avenue, S.W., Room 725
        Washington, D.C. 20201

        Jay Ward Brown, Esquire
        Adam J. Rappaport, Esquire
        Levine Sullivan Koch & Schultz, LLP
        1050 17th Street, N.W., Suite 800
        Washington, D.C. 20036

        *Edward J. Longosz, II*
        Edward J Longosz, II