# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER <br> 14 Rodgate Court <br> Silver Spring, Maryland 20905, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES <br> 200 Independence Avenue, SW <br> Washington, DC 20201 <br><br> and <br><br> DR. SARAH K. PARKER and DR. JAMES TODD <br> Children's Hospital – Department of Pediatrics <br> 1056 East 19th Avenue <br> Denver, CO 80218 <br><br> and <br><br> DR. BENJAMIN SCHWARTZ and <br> DR. LARRY PICKERING <br> National Vaccine Program Office <br> Department of Health and Human Services <br> 200 Independence Avenue, SW – Room 725 <br> Washington, DC 20201 <br><br> and <br><br> THE AMERICAN ACADEMY OF PEDIATRICS <br> 601 13th Street, NW <br> Suite 400- North <br> Washington, DC 20005, <br><br> Defendants. | Case No. 1:05CV01749 <br> Judge Richard W. Roberts |

## **PRAECIPE**

The Clerk of the Court will kindly enter the appearance of Erica H. Perkins, Esquire of the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as co-counsel for defendants, Dr. Sarah K. Parker and Dr. James Todd.

        Respectfully submitted,

        **ECKERT SEAMANS CHERIN &**
          **MELLOTT, LLC**


        *Erica H. Perkins*
        Edward J. Longosz, II  #368932
        Erica Perkins #484162
        1747 Pennsylvania Ave., N.W., Suite 1200
        Washington, D.C. 20006
        Counsel for Defendants, Parker and Todd


        OFFICE OF UNIVERSITY COUNSEL

        Patrick T. O'Rourke
        Managing Associate University Counsel
        Special Assistant Attorney General
        University of Colorado
        1380 Lawrence Street, Suite 1325
        Denver, CO 80204
        303-556-4339
        FACSIMILE:  303-825-7630
        Patrick.Orourke@cudenver.edu
        *Attorney for Defendants Parker and Todd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Praecipe** was served electronically and sent by first-class postage pre-paid mail, this ___ day of October, 2004

>James A. Moody, Esquire
>The Cullen Law Firm, P.L.L.C.
>1101 30th Street, N.W., Suite 300
>Washington, D.C. 20007
>
>Alan Burch, Esquire
>U.S. Attorney's Office
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>
>Dr. Benjamin Schwartz and
>Dr. Larry Pickering
>c/o National Vaccine Program Office
>Department of Health and Human Services
>200 Independence Avenue, S.W., Room 725
>Washington, D.C. 20201
>
>Jay Ward Brown, Esquire
>Adam J. Rappaport, Esquire
>Levine Sullivan Koch & Schultz, LLP
>1050 17th Street, N.W., Suite 800
>Washington, D.C. 20036
>
>
>*Erica H. Perkins*
>Erica H. Perkins