# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER )<br>14 Rodgate Court )<br>Silver Spring, Maryland 20905, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>  SERVICES )<br>200 Independence Avenue, SW )<br>Washington, DC 20201 )<br> )<br>and )<br> )<br>DR. SARAH K. PARKER and DR. JAMES TODD )<br>Children's Hospital – Department of Pediatrics )<br>1056 East 19th Avenue )<br>Denver, CO 80218 )<br> )<br>and )<br> )<br>DR. BENJAMIN SCHWARTZ and )<br>DR. LARRY PICKERING )<br>National Vaccine Program Office )<br>Department of Health and Human Services )<br>200 Independence Avenue, SW – Room 725 )<br>Washington, DC 20201 )<br> )<br>and )<br> )<br>THE AMERICAN ACADEMY OF PEDIATRICS )<br>601 13th Street, NW )<br>Suite 400- North )<br>Washington, DC 20005, )<br> )<br>    Defendants. ) | Case No. 1:05CV01749<br>Judge Richard W. Roberts |

# DEFENDANTS PARKER AND TODD'S
# MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendants, Sarah K. Parker, M.D. and James Todd, M.D., submit their Motion to Dismiss for lack of personal jurisdiction and state as follows:

1. On August 31, 2005, plaintiffs filed a complaint in U.S. District Court for the District of Columbia against the Department of Health and Human Services, the American Academy of Pediatrics, Drs. Benjamin Schwartz and Larry Pickering of the Center for Disease Control and Prevention in Atlanta, Georgia and Drs. Sarah K. Parker and James Todd of the University of Colorado Health Sciences Center and the Children's Hospital in Denver, Colorado.

2. Plaintiffs allege various common law claims against Dr. Parker and Dr. Todd arising out their authorship, with Drs. Schwartz and Pickering, of an article entitled "Thimerosal-Containing Vaccines and Autistic Spectrum Disorder: A Critical Review of Published Original Data," published in the September 2004 edition of *Pediatrics*. The article evaluated publications based upon original data that suggested an association between thimerosal-containing vaccines and autism, including several articles authored by plaintiffs.

3. This Court does not exercise general jurisdiction over Defendants Parker and Todd pursuant to D.C. Code §13-422, or specific jurisdiction pursuant to the District of Columbia's long-arm statute, D.C. Code §13-423.

4.	This motion is based on the accompanying Memorandum of Points and Authorities in Support of Defendant Parker's and Defendant Todd's Motion to Dismiss for Lack of Personal Jurisdiction and the Declarations of Dr. Parker and Dr. Todd.

For the reasons stated in this motion and the Statement of Points and Authorities in Support of Defendant Parker's and Defendant Todd's Motion to Dismiss for Lack of Personal Jurisdiction, Defendants Parker and Todd respectfully request this Court to dismiss each of plaintiffs' claims against them pursuant to Fed.R.Civ.P. 12(b)(2).

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*Erica H. Perkins*
Edward J. Longosz, II  #368932
Erica Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
Counsel for Defendants, Parker and Todd


OFFICE OF UNIVERSITY COUNSEL

Patrick T. O'Rourke
Managing Associate University Counsel
Special Assistant Attorney General
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO 80204
303-556-4339
FACSIMILE:  303-825-7630
Patrick.Orourke@cudenver.edu
*Attorney for Defendants Parker and Todd*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing **Defendants Parker and Todd's Motion to Dismiss for Lack of Personal Jurisdiction** was served electronically and sent by first-class postage pre-paid mail, this ___ day of October, 2005

    James A. Moody, Esquire
    The Cullen Law Firm, P.L.L.C.
    1101 30th Street, N.W., Suite 300
    Washington, D.C. 20007

    Alan Burch, Esquire
    U.S. Attorney's Office
    555 Fourth Street, N.W.
    Washington, D.C. 20530

    Dr. Benjamin Schwartz and
    Dr. Larry Pickering
    c/o National Vaccine Program Office
    Department of Health and Human Services
    200 Independence Avenue, S.W., Room 725
    Washington, D.C. 20201

    Jay Ward Brown, Esquire
    Adam J. Rappaport, Esquire
    Levine Sullivan Koch & Schultz, LLP
    1050 17th Street, N.W., Suite 800
    Washington, D.C. 20036


    *Erica H. Perkins*
    Erica H. Perkins