**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER )<br>14 Rodgate Court )<br>Silver Spring, Maryland 20905, )<br>       ) <br>     Plaintiffs, )<br>       )<br>v. )<br>       )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>   SERVICES )<br>200 Independence Avenue, SW )<br>Washington, DC 20201 )<br>       )<br>and )<br>       )<br>DR. SARAH K. PARKER and DR. JAMES TODD )<br>Children's Hospital – Department of Pediatrics )<br>1056 East 19th Avenue )<br>Denver, CO 80218 )<br>       )<br>and )<br>       )<br>DR. BENJAMIN SCHWARTZ and )<br>DR. LARRY PICKERING )<br>National Vaccine Program Office )<br>Department of Health and Human Services )<br>200 Independence Avenue, SW – Room 725 )<br>Washington, DC 20201 )<br>       )<br>and )<br>       )<br>THE AMERICAN ACADEMY OF PEDIATRICS )<br>601 13th Street, NW )<br>Suite 400- North )<br>Washington, DC 20005, )<br>       )<br>     Defendants. ) | Case No. 1:05CV01749<br>Judge Richard W. Roberts |

## **ORDER**

Upon consideration of Defendant Dr. Sarah K Parker and Dr. James Todd's Motion to Dismiss for lack of personal jurisdiction, and having considered said Motion and the accompanying Memorandum of Points and Authorities, and any opposition thereto, and for good cause having been shown, it is hereby

ORDERED that the Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that the Complaint is DISMISSED with prejudice as to defendants Dr. Sarah K Parker and Dr. James Todd;

ENTERED this _____ day of _____, 2005.

_____
Judge Roberts

Copies to:

All Counsel of Record