# PEDIATRICS



**QUICK SEARCH:** [advanced]
Author:   Keyword(s):
Go
Year:   Vol:   Page:

**HOME | HELP | FEEDBACK | SUBSCRIPTIONS | BROWSE / SEARCH**
Institution: Auraria Library-Ess Sign In as Individual

# ABOUT PEDIATRICS

- Vital Signs
- Journal Overview
- Journal Offices
- Editors & Editorial Board

## Vital Signs

**Circulation:** 63,000 (English-language circulation)

**Frequency:** Monthly

**Number of Foreign Lanuage Editions:** 4 (Italian, Spanish, Portuguese, Polish)

**Circulation of Foreign Language Editions:** 15,000

**ISBN Numbers**

- Print: 0031-4005
- Online: 1098-4275

**Impact Factor= 3.903 (2004)*_**

- PEDIATRICS has the highest impact factor among all journals in the field of pediatrics

**Total 2004 Citations = 28,316*_**

- PEDIATRICS is among the top 2% most-cited scientific and medical journals.
- PEDIATRICS is the most cited journal in the field of pediatrics.

*2004 ISI Journal Citation Reports

ALL-STATE LEGAL® EXHIBIT E

## Journal Overview

PEDIATRICS is an official peer-reviewed journal of the American Academy of Pediatrics. In an editorial in the inaugural January 1948 issue of PEDIATRICS, the journal's first editor, Hugh McCulloch, outlined the journal's vision and objectives, writing: "The content of the journal is... intended to encompass the needs of the whole child in his physiologic,

mental, emotional, and social structure. The single word, PEDIATRICS, has been chosen to indicate this catholic intent." PEDIATRICS has followed this vision throughout the journal's history, publishing original research, clinical observations, and special feature articles in the field of pediatrics, as broadly defined. Contributions pertinent to pediatrics are also included from related fields such as nutrition, surgery, dentistry, public health, child health services, human genetics, basic sciences, psychology, psychiatry, education, sociology, and nursing.

PEDIATRICS serves authors and readers of the general medical profession as well as pediatricians. The Executive Board and officers of the American Academy of Pediatrics have delegated to the Editor and Associate Editor the selection of articles appearing in PEDIATRICS. Statements and opinions expressed in such articles are those of the authors and not necessarily those of the American Academy of Pediatrics, its Committees, the Editors, or Editorial Board of PEDIATRICS.

PEDIATRICS has been continuously published by the American Academy of Pediatrics since January 1948. The journal is typeset and printed by Cadmus Professional Communications. PEDIATRICS is indexed by major biomedical and scientific indices, including Medline/PubMed, and ISI (Thompson).

**The Online Edition.**

The online edition of PEDIATRICS is produced and hosted by Stanford University's HighWire Press. The online edition contains all materials from the print edition, in addition to articles published only online in the *Electronic Pages* section of the journal. The online version of PEDIATRICS is considered the journal of record. Archives of past issues are available. From the reference list in PEDIATRICS, readers can link to cited articles in hundreds of other journals free of charge. Additionally, readers can browse subspecialty article collections, register for free e-mail alerts, save articles to a personal electronic file cabinet, download articles to their handheld (Palm or Windows) devices, and perform sophisticated search queries.

PEDIATRICS supports and adheres to the guidelines for responsible publishing outlined in the DC Principles for Free Access to Science. Access to full-text articles in PEDIATRICS is limited to subscribers for 1 year after publication. After 1 year, all articles are made freely available on PEDIATRICS' Web site. Articles published in the *Electronic Pages* section of the journal are made freely available immediately upon publication. PEDIATRICS is made freely available to institutions and individuals in over 120 developing nations around the world through participation in the World Health Organization's HINARI initiative, the Satellife network, and a country-based access system developed by HighWire Press and installed directly on PEDIATRICS' Web site.

**Foreign Language Editions of PEDIATRICS**

PEDIATRICS is published in Italian, Spanish, and Polish. The publisher of the Italian edition is Editrice. The publisher of the Spanish edition is Doyma. And the publisher of the Polish edition is Medical Tribune Polska. For information about reprinting translated versions of PEDIATRICS' articles in these languages, please contact the appropriate foreign language publisher. All other permission and reprint inquires should be directed to the American Academy of Pediatrics (please see our reprint and permission pages for more

infromation).

**For more information** about the history and policies of PEDIATRICS, please see our Journalology Collection.

## ◘ Journal Offices

### PEDIATRICS Editorial Office

> Jerold F. Lucey, Editor
> University of Vermont College of Medicine
> Given Building D201
> 89 Beaumont Avenue
> Burlington, Vermont 05405-0068
> Tel: 802-656-2505
> Fax: 802-656-4844
> Jerold F. Lucey

### Associate Editor's Office

> Ralph Feigin, Associate Editor
> Texas Children's Hospital, Suite A190
> 6621 Fannin Street, 1-3000
> Houston, Texas 77030-2399
> Tel: 832-824-1166
> Fax: 832-825-1167
> Ralph Feigin

### Publisher's Office

> Bridget Donohue, Managing Editor
> American Academy of Pediatrics
> 141 Northwest Point Blvd.
> Elk Grove Village, Illinois 60007
> Tel: 847-434-4389
> Fax: 847-434-8000
> Bridget Donohue

SUBSCRIPTIONS | FUTURE CONTENTS | CURRENT ISSUE

Copyright © 2005 by the American Academy of Pediatrics. [Disclaimer]