UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. MARK GEIER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:05CV01749 |

# DECLARATION OF
# LARRY K. PICKERING, M.D.

1. I am an employee of the United States Government, working in the National Immunization Program (NIP), Centers for Disease Control and Prevention (CDC), Department of Health and Human Services. I am currently the Senior Advisor to the Director of NIP and Executive Secretary of the Advisory Committee on Immunization Practices.

2. In my position, I participated with academic and CDC co-authors in an analysis of the scientific data related to the alleged association between exposure to thimerosal containing vaccines and autism. In this analysis, I worked with my co-authors to review studies published in the medical literature on thimerosal and autism, assessed the quality of the studies using accepted criteria, and drew conclusions based on the scientific evidence.

3. Assessment of the studies conducted by Dr. Mark Geier and David Geier identified methodological shortcomings and the overall conclusion of our review of all studies was that the asserted association between thimerosal in vaccines and autism was not supported by the evidence, contrary to the Geiers' position. Our study was published in *Pediatrics*, the peer reviewed official journal of the American Academy of Pediatrics.

4. In our analysis of one of Dr. Geier publications, we questioned his analysis of manufacturer-specific adverse event reporting rates because the policy of CDC is to not provide those confidential data outside the agency. We had been told by supervisors in the Branch and the Division where those data are maintained that they would not have been given out. Unknown to us, these data had been provided to the Geiers.

5. When Dr. Geier informed us that he had in fact obtained the manufacturer-specific adverse event reporting rates from CDC, we published a letter in *Pediatrics* acknowledging and regretting the error, consistent with standard practice.

6. Similar findings of no association between thimerosal and vaccines and discussion of methodological flaws were published by the Institute of Medicine following a review conducted to evaluate thimerosal and vaccines.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Dated at Atlanta, Georgia, this 10th day of November, 2005.

*Larry K. Pickering*
LARRY K. PICKERING, M.D.