# Thimerosal-Containing Vaccines and Autistic Spectrum Disorder: A Critical Review of Published Original Data

*To the Editor.—*

In our article "Thimerosal-Containing Vaccines and Autistic Spectrum Disorder: A Critical Review of Published Original Data,"[1] we indicated that Centers for Disease Control and Prevention Biological Surveillance Summaries with manufacturer-specific data would not have been available to Dr Geier to analyze children potentially exposed to thimerosal in the diphtheria-tetanus-acellular pertussis vaccine. Dr Geier has informed us that he had received these data; we regret this error.

More than half of pediatric vaccines used in the United States are purchased by the public sector. Since 1962, the Centers for Disease Control and Prevention has collected brand-specific information on annual vaccine doses distributed by manufacturers for planning purposes. At the manufacturers' request, these data are kept confidential because they consider this information to be proprietary. Our statement was based on this policy. We were not aware that these data had been released before publication of our article.

SARAH PARKER, MD
JAMES TODD, MD
Department of Pediatrics
Children's Hospital and University of Colorado
  Health Sciences Center
Denver, CO 80218

BENJAMIN SCHWARTZ, MD
LARRY PICKERING, MD
National Immunization Program
Centers for Disease Control and Prevention
Atlanta, GA 30333

### REFERENCE

1. Parker SK, Schwartz B, Todd J, Pickering LK. Thimerosal-containing vaccines and autistic spectrum disorder: a critical review of published original data. *Pediatrics.* 2004;114:793–804

doi:10.1542/peds.2004-2402

Downloaded from www.pediatrics.org at CDC-Center for Disease Control on October 7, 2005