UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br>14 Rodgate Court<br>Silver Spring, MD  20905<br><br>*Plaintiffs,*<br><br>vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and**<br>**Dr. James Todd**<br>Childrens' Hospital, Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO  80218<br><br>**Dr. Benjamin Schwartz and**<br>**Dr. Larry Pickering**<br>c/o National Vaccine Program Office<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Room 725<br>Washington, DC  20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>*Defendants.* | Plaintiffs' Unopposed Motion to Extend Time for the Filing of a Reply to Defendant Parker and Todd's Motion to Dismiss for Lack of Personal Jurisdiction.<br><br>Case No. 1:05CV01749<br><br>Judge Richard W. Roberts |

Plaintiffs respectfully move that they be granted an extension until December 2, 2005, to file a Reply to Defendant Todd and Parker's Motion to Dismiss for Lack of Personal Jurisdiction. Counsel for Defendants Todd and Parker consents to this request for an extension.

Respectfully submitted this Tuesday, November 15, 2005.

*James Moody / JAH*
_____
James A. Moody, Esq.
1130 30th Street, NW
Suite 300
Washington, DC  20007

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**Department of Health and Human Services, et al.**<br><br>*Defendants.* | Case No. 1:05CV01749 |

**ORDER**

Plaintiffs having filed an Unopposed Motion to File a Reply to Defendants' Todd and Parker's Motion to Dismiss for Lack of Personal Jurisdiction and Defendants Parker and Todd having consented to this motion, the Court hereby

**ORDERS** that Plaintiffs are granted until Friday, December 2, 2005 to file their Reply to Todd and Parker's Motion to Dismiss. Done this _____ day of _____, 2005.

_____
Judge, United States District Court