UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA



| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br>14 Rodgate Court<br>Silver Spring, MD  20905<br><br>    *Plaintiffs,*<br><br>    vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and**<br>**Dr. James Todd**<br>Childrens' Hospital, Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO  80218<br><br>**Dr. Benjamin Schwartz and**<br>**Dr. Larry Pickering**<br>c/o National Vaccine Program Office<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Room 725<br>Washington, DC  20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>    *Defendants.* | Plaintiffs' Consent to Defendant American Academy of Pediatrics Request for an Extension of Time to File Responsive Pleading.<br><br>Case No. 1:05CV01749<br><br>Judge Richard W. Roberts |

1

Plaintiffs hereby consent to Defendant American Academy of Pediatrics Request for an Extension of Time to File Responsive Pleading until December 1, 2005.

Respectfully submitted this Tuesday, November 15, 2005.

_James Moody / JAH_
James A. Moody, Esq.
1130 30th Street, NW
Suite 300
Washington, DC  20007

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joseph Hennessey certify that on Tuesday, November 15, 2005, a copy of Plaintiffs' Consent to Defendant American Academy of Pediatrics Request for an Extension of Time to File Responsive Pleading was served by First Class Mail on the below listed parties:

**Jay Ward Brown, Esq.**
**Adam J. Rappaport, Esq.**
Levine Sullivan Koch & Schultz, LLP
1050 Seventeenth Street, NW, Suite 800
Washington, DC  20036

**Alan Burch, Esq.**
55 Fourth Street, NW
Washington, DC  2-530

**Erica H. Perkins, Esq.**
**Edward J. Longosz, Esq.**
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC  20006

**Patrick T. O'Rouke, Esq.**
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO  80204

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256