### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

DR. MARK GEIER and DAVID GEIER      )

                                        ) Case No. 1:05CV01749

      Plaintiffs,                    ) Judge Thomas F. Hogan

                                        )

v.                                         )

                                        )

DEPARTMENT OF HEALTH AND HUMAN   )

   SERVICES, et. al.                    )

                                        )

      Defendants.                    )

### CONSENT MOTION FOR SPECIAL ADMISSION
### *PRO HAC VICE* OF PATRICK TERRENCE O'ROURKE

Defendants, Dr. Sarah Parker and Dr. James Todd, by counsel, move the admission, *pro hac vice* of Patrick Terrance O'Rourke and as grounds states as follows:

1.     This is a civil case involving, <u>inter alia</u>, defamation claims alleged by the plaintiffs against several defendants.

2.     In connection with the defense of this case, defendants have engaged the undersigned counsel, who is a member of the bar of this court, to be local counsel for defendants Dr. Sarah Parker and Dr. James Todd.  Local counsel has been working with defendants' primary counsel, Patrick Terrance O'Rourke in defending this matter.  Defendants have requested that Mr. O'Rourke take a lead role in the pre-trial and trial proceedings.  Mr. O'Rourke is extremely familiar with the factual and legal issues in this action, and has substantial federal practice experience.

3.     Mr. O'Rourke has not been admitted *pro hac vice* in this Court within the last two years.

4.    Pursuant to LCvR 83.2(d) an executed Declaration in Support of

Application for Admission *Pro Hac Vice* is attached.

6.    Counsel has obtained the consent of counsel prior to filing this Motion.


Respectfully submitted,


**ECKERT SEAMANS CHERIN &
    MELLOTT, LLC**


*Erica H. Perkins*
Edward J. Longosz, II  #368932
Erica Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
Counsel for Defendants, Parker and Todd


Patrick T. O'Rourke
Managing Associate University Counsel
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO 80204
303-556-4339
FACSIMILE:  303-825-7630
Patrick.Orourke@cudenver.edu
*Attorney for Defendants Parker and Todd*

## CERTIFICATE OF GOOD FAITH

I hereby certify that pursuant to LCvR 7 that prior to filing this Motion, I

conferred with all counsel of record and obtained the consent of counsel to this Motion.


*Erica H. Perkins*
Erica H. Perkins


## MEMORANDUM OF POINTS & AUTHORITIES

1.    Federal Rules of Civil Procedure, Rule 7.

2.    LCvR 83.2(d).


*Erica H. Perkins*
Erica H. Perkins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion For Special Admission** *Pro Hac Vice* **Of Patrick Terrence O'Rourke** was served electronically and sent by first-class postage pre-paid mail, this 28th day of November, 2005

James A. Moody, Esquire
The Cullen Law Firm, P.L.L.C.
1101 30th Street, N.W., Suite 300
Washington, D.C. 20007

Joseph A. Hennessey, Esquire
7315 Wisconsin Avenue, Suite 700
Bethesda, MD  20814

Alan Burch, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Jay Ward Brown, Esquire
Adam J. Rappaport, Esquire
Levine Sullivan Koch & Schultz, LLP
1050 17th Street, N.W., Suite 800
Washington, D.C. 20036

*Erica H. Perkins*
Erica H. Perkins

4