IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER | )<br>) Case No. 1:05CV01749 |
| Plaintiffs, | ) Judge Richard W. Roberts<br>) |
| v. | )<br>) |
| DEPARTMENT OF HEALTH AND HUMAN<br>  SERVICES, et. al. | )<br>)<br>) |
| Defendants. | )<br>) |

## DECLARATION

I, PATRICK TERRENCE O'ROURKE, being duly sworn according to law, depose and say as follows:

1. I am Managing Associate University Counsel at the University of Colorado and have been retained to represent Defendants Dr. Sarah Parker and Dr. James Todd in this action. I make this Declaration in support of the accompanying Consent Motion for Admission *Pro Hac Vice*.

2. My business address and telephone number is as follows:

> Patrick T. O'Rourke
> Managing Associate University Counsel
> University of Colorado
> 1380 Lawrence Street, Suite 1325
> Denver, CO 80204
> 303-556-4339
> FACSIMILE: 303-825-7630
> Patrick.Orourke@cudenver.edu

3. I am a member in good standing of the Bar of the State of Colorado, the United States District Court for the District of Colorado, the United States District Court for the District of Nebraska, and the Tenth Circuit Court of Appeals.

4. I have never been subject to disciplinary action by any Bar. I am not currently the subject of any pending disciplinary proceeding. I am not under suspension or disbarment by any Court, state or federal.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I am subject to the disciplinary jurisdiction of this Court.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I am not a member of the District of Columbia Bar. I do not have an application for membership with the District of Columbia Bar pending.

PATRICK TERRENCE O'ROURKE

Sworn to and subscribed before me this 22nd day of November, 2005.

Notary Public

My Commission Expires
10/15/2008

2