UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Geier And Mark Geier**<br>14 Redgate Court<br>Silver Spring, MD  20905<br>         *Plaintiffs*,<br>     vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and**<br>**Dr. James Todd**<br>Childrens' Hospital<br>Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO  80218<br><br>**Dr. Benjamin Schwartz and**<br>**Dr. Larry Pickering**<br>c/o<br>National Vaccine Program Office<br>HHS<br>200 Independence Ave., SW<br>Room 725<br>Washington, DC  20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>         *Defendants*. | Plaintiffs' Consent Motion for a Second Extension of Time to File an Opposition to Defendant Parker and Todd's Motion to Dismiss<br><br>And<br><br>Plaintiffs' Consent to Defendants Parker and Todd Filing Their Reply to Plaintiffs' Opposition to Their Motion to Dismiss on January 10, 2006.<br><br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

With the consent of all parties, Plaintiffs' hereby move that the Court grant an additional ten (10) days for Plaintiffs to file an Opposition to Defendants Todd and Parker's Motion to Dismiss for Lack of Personal Jurisdiction.  Under this revised

schedule, Plaintiffs will file their Opposition to Defendants' Todd and Parker's Motion to Dismiss on December 12, 2005.

In consideration of the upcoming holiday season, Plaintiffs consent to an extension of time until January 10, 2006 for Defendants Todd and Parker file their Reply to Plaintiffs' Opposition to Defendant Todd and Parker's Motion to Dismiss.

Respectfully submitted this Wednesday, November 30, 2005.

_____
Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joseph Hennessey certify that on Wednesday, November 30, 2005, a copy of Plaintiffs' Consent Motion for a Second Extension of Time to File an Opposition to Defendant Parker and Todd's Motion to Dismiss and Plaintiffs' Consent to Defendant Parker and Todd's Filing Their Reply to Plaintiffs' Opposition to Their Motion to Dismiss on January 10, 2006 was served by via the Electronic Filing System of the United States District Court for the District of Columbia on the below listed parties:

**Jay Ward Brown, Esq.**
**Adam J. Rappaport, Esq.**
Levine Sullivan Koch & Schultz, LLP
1050 Seventeenth Street, NW, Suite 800
Washington, DC  20036

**Alan Burch, Esq.**
55 Fourth Street, NW
Washington, DC  2-530

**Erica H. Perkins, Esq.**
**Edward J. Longosz, Esq.**
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC  20006

**Patrick T. O'Rouke, Esq.**
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO  80204

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br>14 Redgate Court<br>Silver Spring, MD  20905<br><br>       *Plaintiffs*,<br><br>     vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and**<br>**Dr. James Todd**<br>Childrens' Hospital, Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO  80218<br><br>**Dr. Benjamin Schwartz and**<br>**Dr. Larry Pickering**<br>c/o National Vaccine Program Office<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Room 725<br>Washington, DC  20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>       *Defendants*. | **Statement of Points and Authorities in Support of** Plaintiffs' Consent Motion for a Second Extension of Time to File an Opposition to Defendant Parker and Todd's Motion to Dismiss<br><br>And<br><br>Plaintiffs' Consent to Defendant Parker and Todd's Filing Their Reply to Plaintiffs' Opposition to Their Motion to Dismiss on January 10, 2006.<br><br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

Pursuant to Local Rule 7(a), Plaintiffs provide the following Statement of Points and Authorities in Support of Their Motion for a Second Extension of Time to File an

Opposition to Defendant Todd and Parker's Motion to Dismiss for Lack of Personal Jurisdiction.

- Plaintiffs' Counsel James A. Moody is currently in a trial in the State of California.
- Plaintiffs' Counsel Joseph Hennessey is recovering from a broken fibula which incapacitated him for a period of four weeks.
- Due to the trial schedule of Mr. Moody and the injury to Mr. Hennessey, it has been difficult for Plaintiffs counsel to confer with respect to filing an Opposition to Defendant Todd and Parker's Motion to Dismiss.
- Defendants Todd and Parker consent to Plaintiffs Request for additional time to file their Opposition brief.
- Given the upcoming holiday season, Defendants Todd and Parker sought Plaintiffs' permission to file their Reply Memorandum after the Christmas and New Year.
- Seeing no prejudice to their case, Plaintiffs have agreed that Defendants Todd and Parker should have until January 10, 2006 to file Their Reply to Plaintiffs' Opposition to

the Motion to Dismiss.

Respectfully submitted this Wednesday, November 30, 2005.

*[signature]*

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br><br>*Plaintiffs*,<br><br>vs.<br><br>**Department of Health and Human Services, et al.**<br><br>*Defendants*. | Case No. 1:05CV01749 |

**ORDER**

Plaintiffs having filed an Unopposed Motion for additional time to file an Opposition to Defendant Todd and Parker's Motion to Dismiss for Lack of Personal Jurisdiction, and the Court finding good cause shown, and the Plaintiffs having consented to an extension of time for Defendants Todd and Parker to file their Reply to Plaintiffs' Opposition to Defendant Todd and Parker's Motion to Dismiss on January 10, 2006, the Court hereby

**ORDERS** that Plaintiffs Opposition to Defendant Todd and Parker's Motion to Dismiss will be filed on or before December 12, 2006'; the Court further

**ORDERS** that Defendants Parker and Todd shall file their Reply to Plaintiffs' Opposition to the Motion to Dismiss on January 10, 2006.  Done this _____ day of _____, 2005.

_____
Judge, United States District Court