UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Geier And Mark Geier**<br>14 Redgate Court<br>Silver Spring, MD  20905<br>    *Plaintiffs*,<br>    vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and Dr. James Todd**<br>Childrens' Hospital<br>Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO  80218<br><br>**Dr. Benjamin Schwartz and Dr. Larry Pickering**<br>c/o<br>National Vaccine Program Office HHS<br>200 Independence Ave., SW<br>Room 725<br>Washington, DC  20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>    *Defendants*. | Plaintiffs' Consent Motion for an Extension of Time to File an Opposition to Federal Defendants' Motion to Dismiss on December 21, 2006<br><br>and<br><br>Plaintiffs' Consent to Federal Defendants Filing Their Reply to Plaintiffs' Opposition to Federal Defendants' Motion to Dismiss on January 11, 2006.<br><br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

With the consent of all parties, Plaintiffs' hereby move that the Court grant an extension until December 21, 2005 for Plaintiffs to file an Opposition to Federal Defendants' Motion to Dismiss.  In consideration of the upcoming holiday season,

Plaintiffs consent to an extension of time until January 11, 2006 for Federal Defendants to file a Reply to Plaintiffs' Opposition to Federal Defendants' Motion to Dismiss.

Respectfully submitted this Wednesday, November 30, 2005.

_____
Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joseph Hennessey certify that on Wednesday, November 30, 2005, a copy of Plaintiffs' Consent Motion for an Extension of Time to File an Opposition to Federal Defendants' Motion to Dismiss on December 21, 2006, and Plaintiffs' Consent to Federal Defendants Filing Their Reply to Plaintiffs' Opposition to Federal Defendants' Motion to Dismiss on January 11, 2006 was served by via the Electronic Filing System of the United States District Court for the District of Columbia on the below listed parties:

**Jay Ward Brown, Esq.**
**Adam J. Rappaport, Esq.**
Levine Sullivan Koch & Schultz, LLP
1050 Seventeenth Street, NW, Suite 800
Washington, DC  20036

**Alan Burch, Esq.**
55 Fourth Street, NW
Washington, DC  2-530

**Erica H. Perkins, Esq.**
**Edward J. Longosz, Esq.**
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC  20006

**Patrick T. O'Rouke, Esq.**
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO  80204

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br>14 Redgate Court<br>Silver Spring, MD  20905<br><br>          *Plaintiffs*,<br><br>     vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and**<br>**Dr. James Todd**<br>Childrens' Hospital, Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO  80218<br><br>**Dr. Benjamin Schwartz and**<br>**Dr. Larry Pickering**<br>c/o National Vaccine Program Office<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Room 725<br>Washington, DC  20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>          *Defendants*. | **Statement of Points and Authorities in Support of** Plaintiffs' Consent Motion for an Extension of Time to File an Opposition to Federal Defendants' Motion to Dismiss on December 21, 2006<br><br>and<br><br>Plaintiffs' Consent to Federal Defendants Filing Their Reply to Plaintiffs' Opposition to Federal Defendants' Motion to Dismiss on January 11, 2006.<br><br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

   Pursuant to Local Rule 7(a), Plaintiffs provide the

following Statement of Points and Authorities in Support of

Their Motion for a Second Extension of Time to File an

Opposition to Defendant Todd and Parker's Motion to Dismiss for Lack of Personal Jurisdiction.

- Plaintiffs' Counsel James A. Moody is currently in a trial in the State of California.
- Plaintiffs' Counsel Joseph Hennessey is recovering from a broken fibula which incapacitated him for a period of four weeks.
- Due to the trial schedule of Mr. Moody and the injury to Mr. Hennessey, it has been difficult for Plaintiffs counsel to confer with respect to filing an Opposition to Federal Defendants' Motion to Dismiss.
- Federal Defendants consent to Plaintiffs Request for additional time to file their Opposition brief.
- Given the upcoming holiday season, Federal Defendants sought Plaintiffs' permission to file their Reply Memorandum after the Christmas and New Year.
- Seeing no prejudice to their case, Plaintiffs have agreed that Federal Defendants should have until January 11, 2006 to file Their Reply to Plaintiffs' Opposition to Federal

Defendants' Motion to Dismiss.

Respectfully submitted this Wednesday, November 30, 2005.

*[signature]*

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br><br>          *Plaintiffs*,<br><br>     vs.<br><br>**Department of Health and Human Services, et al.**<br><br>          *Defendants*. | Case No. 1:05CV01749 |

### ORDER

Plaintiffs having filed an unopposed motion to extend until December 21, 2005 the time for filing an Opposition to Federal Defendants' Motion to Dismiss; and Plaintiffs having consented to Federal Defendants' filing their Reply to Plaintiffs' Opposition to Federal Defendants' Motion to Dismiss on or before January 11, 2006; and the Court finding good cause shown, the Court hereby

**ORDERS** that Plaintiffs Opposition to Federal Defendants' Motion to Dismiss shall be filed on or before December 21, 2005, and Federal Defendants Reply brief shall be filed on or before January 11, 2006.  Done this _____ day of _____, 2005.

_____
Judge, United States District Court