IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER, *et al.*,<br><br>       **Plaintiffs,**<br><br>vs.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>       **Defendants.** | Case No. 05-CV-1749(TFH) |

**CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND
<u>FINANCIAL INTERESTS</u>**

 Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

 I, the undersigned, counsel of record for the American Academy of Pediatrics, certify that to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of the American Academy of Pediatrics which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 1, 2005      Respectfully submitted,

                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                By: <u>/s/ Jay Ward Brown</u>
                  Jay Ward Brown (D.C. Bar No. 437686)
                1050 Seventeenth Street, N.W., Suite 800
                Washington, DC 20036
                (202) 508-1100

                *Counsel for Defendant*
                *American Academy of Pediatrics*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 1, 2005, I caused true and correct copies of the foregoing Certificate of Disclosure of Corporate Affiliations and Financial Interests to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on the following counsel via first-class mail:

        James A. Moody, Esq.
        THE CULLEN LAW FIRM, P.L.L.C.
        1101 30th Street, N.W.
        Suite 300
        Washington, DC  20007

        /s/ Adam J. Rappaport
        Adam J. Rappaport