IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 05-CV-1749(TFH) |

### DECLARATION OF ROGER F. SUCHYTA, M.D.

Pursuant to 28 U.S.C. § 1746, Roger F. Suchyta, M.D., hereby declares as follows:

1. I am employed as the Associate Executive Director of the American Academy of Pediatrics ("AAP"), which is a defendant in this action. I submit this declaration in support of AAP's motion to dismiss and/or for summary judgment. I make this declaration upon my own personal knowledge and/or upon records maintained by AAP in the ordinary course of its business, and I would be competent to testify to the facts set forth herein.

2. AAP is a non-profit association organized under the laws of the State of Illinois. Its membership is compromised of approximately 60,000 pediatricians, pediatric medical subspecialists, and pediatric surgical specialists.

3. AAP publishes *Pediatrics*, its official monthly journal. Copies of each issue of *Pediatrics* are distributed to each of AAP's members and various other subscribers via the United States Postal Service.

4. The issue of *Pediatrics* dated September 2004 included the article titled "Thimerosal-Containing Vaccines and Autistic Spectrum Disorder: A Critical Review of Published Original Data," which is the subject of this lawsuit.

5. Each issue of *Pediatrics* is printed, bound and prepared for mailing by Cadmus Professional Communications ("Cadmus"), located in Easton, Maryland. Cadmus delivers the copies for subscribers to a United States Post Office.

6. Once these copies are delivered to the Postal Service, neither AAP nor Cadmus has any further control over them.

7. This regular practice was followed for the September 2004 issue of *Pediatrics*. On August 30, 2004, Cadmus delivered 62,641 copies of the September 2004 issue to the Postal Service.

8. The date of mailing is reflected in the Postage Statements issued upon delivery of the September 2004 issue of *Pediatrics* to the Postal Service. True and correct copies of two Postage Statements for the September 2004 issue are attached hereto as Exhibit A. The first page of each Postage Statement identifies "Pediatrics" as the name of the publication, the issue date as September 2004, and the mailing date as August 30, 2004. The mailing date is also identified on page three of the Postage Statements.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed this 29TH day of November 2005 in ELK GROVE VILLAGE, Illinois.

Roger F. Suchyta, M.D.

# Exhibit A

United States Postal Service
**Postage Statement — Periodicals**
**One Issue or One Edition**

☐ Classroom
☒ Nonprofit
☐ Regular
☐ Science-of-Agriculture

Post Office: Note Mail Arrival Time

Periodicals mailings of different copy weights must be reported on separate statements. Noncommingled nonsubscriber copies over the 10% limit are not mailable at Periodicals rates.

If the mailing contains pieces mailed at In-County or Foreign rates, use page 3.

Mailings without Ride-Along pieces or Foreign copies may be reported on condensed Form 3541-A.

| Publication Title and Owner or News Agent's Name | Mailing Agent's Name, Address, Telephone Number, and Email Address If Any | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| PEDIATRICS | CADMUS EASTON MD<br>500 CADMUS LN<br>EASTON, MD 21601<br>(410) 819-3577 | |
| Mailer's Job Number PEDIAT-9 V114 #9 | | EASTON MD 21601<br>21601-9998 |
| | CAPS Customer Ref. ID  13090 | |

| Publication No. | Edition/Code | Mailing Date | Processing Category (DMM C050) | Number of Containers |
|---|---|---|---|---|
| 424-720 | 102819 | 8/30/2004 | Automation Compatible Flats (DMM C820) | 1ft MM Trays   2ft MM Trays   2ft EMM Trays |
| Issue Date | Issue Frequency | Statement Sequence No. | | Ttl Letter Trays  Flat Trays   Sacks  272 |
| SEPT 04 | MONTHLY | 12315 | | Pallets   Other  95 |

| Weight of Single Ride-Along | Weight per Copy for Issue (DMM P013—round off to 4 decimal places if necessary) | Advertising Percentage in This Issue | Post Office Computed Weight per Copy (Round off to 4 decimal places if necessary) |
|---|---|---|---|
| lb. | 1.51000 pounds | 11.100 % | pounds |

| For Automation Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0) | For Carrier Route Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0) | For Carrier Route Rate Pieces, Enter Date of Carrier Route Sequencing (DMM M050.4.0) |
|---|---|---|
| 8/25/2004 | 8/25/2004 | 8/25/2004 |

| For Outside-County Copies<br>**Postmaster:** Report total postage in **AIC 135.** | Total From Line 46 (On reverse) | $15,934.9304 |
|---|---|---|
| For In-County Copies<br>**Postmaster:** Report total postage in **AIC 224.** | Total From Line 73 (On page 3) | |
| For Foreign Copies<br>**Postmaster:** Report total postage in **AIC 238.** | Total From Line 88 (On page 3) | $8,153.2100 |
| **Postmaster:** This total for mailer use only. Report totals separately as instructed above. | **Total Postage** (Add lines above) → | $24,088.14 |

The signature of the owner of the publication certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the owner of the publication, and that the owner of the publication is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control.

The owner of the publication hereby certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the rates and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation.

I understand that anyone who furnishes false or misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

| Owner or Agent's Name<br>Ernest Downes | Name and Telephone Number of Contact Person in Publisher's Office | Verifying Employee's Signature | Round Stamp (Required) |
|---|---|---|---|
| Owner or Agent's Signature | AMER. ACADEMY OF PEDIATRICS | Verifying Employee's Name | |
| (410) 819-3577 | | Time<br>AM<br>PM | |
| Dun & Bradstreet No. | Dun & Bradstreet No. | | |

PS Form **3541**, June 2002  (Page 1 of 3)     (Facsimile)     This form and mailing standards available on Postal Explorer at http://pe.usps.gov
Statements for DAT-Mail v4.55.10  Window Book, Inc.

## Periodicals — One Issue or One Edition

■ **Outside-County** *(DMM E217)*
*For Nonprofit and Classroom: All commingled nonsubscriber copies over the 10% limit must pay regular rates and use a separate Form 3541.*

<table>
<tr><th rowspan="2">Zone</th><th rowspan="2">Subscriber / Requester Copies</th><th colspan="2">Nonsub./Nonreq. Copies</th><th rowspan="2">Total Copies</th><th rowspan="2">Total Pounds</th><th rowspan="2">Advertising Pounds</th><th colspan="2">Rate</th><th rowspan="2">Postage</th><th rowspan="2">Total</th></tr>
<tr><th>Within 10% Limit</th><th>Over 10%</th><th>Regular</th><th>Sci./Ag.</th></tr>
<tr><td>1. DDU</td><td></td><td></td><td></td><td></td><td></td><td></td><td>$.158</td><td>$.119</td><td></td><td></td></tr>
<tr><td>2. DSCF</td><td></td><td></td><td></td><td></td><td></td><td></td><td>.203</td><td>.152</td><td></td><td></td></tr>
<tr><td>3. DADC</td><td></td><td></td><td></td><td></td><td></td><td></td><td>.223</td><td>.167</td><td></td><td></td></tr>
<tr><td>4. 1 & 2</td><td>3,866</td><td></td><td></td><td>3,866</td><td>5,838</td><td>648</td><td>.248</td><td>.186</td><td>160.7040</td><td></td></tr>
<tr><td>5. 3</td><td>5,898</td><td></td><td></td><td>5,898</td><td>8,906</td><td>989</td><td>.267</td><td></td><td>264.0630</td><td></td></tr>
<tr><td>6. 4</td><td>6,853</td><td></td><td></td><td>6,853</td><td>10,348</td><td>1,149</td><td>.315</td><td></td><td>361.9350</td><td></td></tr>
<tr><td>7. 5</td><td>6,651</td><td></td><td></td><td>6,651</td><td>10,043</td><td>1,115</td><td>.389</td><td></td><td>433.7350</td><td></td></tr>
<tr><td>8. 6</td><td>2,821</td><td></td><td></td><td>2,821</td><td>4,260</td><td>473</td><td>.466</td><td></td><td>220.4180</td><td></td></tr>
<tr><td>9. 7</td><td>1,255</td><td></td><td></td><td>1,255</td><td>1,895</td><td>210</td><td>.559</td><td></td><td>117.3900</td><td></td></tr>
<tr><td>10. 8</td><td>6,107</td><td></td><td></td><td>6,107</td><td>9,222</td><td>1,024</td><td>.638</td><td></td><td>653.3120</td><td></td></tr>
<tr><td colspan="4">11. Subtotals *(Add lines 1 through 10)* ▶</td><td>33,451</td><td>50,512</td><td>5,608</td><td></td><td></td><td>2,211.5570</td><td></td></tr>
<tr><td colspan="6">12. Nonadvertising Pounds *(From line 11, total pounds minus advertising pounds)*   44,904   x $.193</td><td colspan="3">=</td><td>8,666.4720</td><td></td></tr>
<tr><td colspan="9" align="right">Total Pound Rate Postage *(Line 11 plus line 12)* ▶ 13.</td><td>$10,878.0290</td><td></td></tr>
</table>

<table>
<tr><th colspan="2">Presort Discount</th><th>Copies</th><th>Addressed Pcs.</th><th>Rate</th><th>Postage</th></tr>
<tr><td>21.</td><td>Nonautomation</td><td>228</td><td>222</td><td>$.373</td><td>82.8060</td></tr>
<tr><td>22. Basic</td><td rowspan="2">Automation  Letters<br>              Flats</td><td></td><td></td><td>.281</td><td></td></tr>
<tr><td>23.</td><td>994</td><td>994</td><td>.325</td><td>323.0500</td></tr>
<tr><td>24.</td><td>Nonautomation</td><td>375</td><td>352</td><td>.324</td><td>114.0480</td></tr>
<tr><td>25. 3-Digit</td><td rowspan="2">Automation  Letters<br>              Flats</td><td></td><td></td><td>.249</td><td></td></tr>
<tr><td>26.</td><td>11,826</td><td>11,826</td><td>.283</td><td>3,346.7580</td></tr>
<tr><td>27.</td><td>Nonautomation</td><td>542</td><td>523</td><td>.256</td><td>133.8880</td></tr>
<tr><td>28. 5-Digit</td><td rowspan="2">Automation  Letters<br>              Flats</td><td></td><td></td><td>.195</td><td></td></tr>
<tr><td>29.</td><td>15,103</td><td>15,103</td><td>.226</td><td>3,413.2780</td></tr>
<tr><td>30.</td><td>Basic</td><td>4,383</td><td>4,210</td><td>.163</td><td>686.2300</td></tr>
<tr><td>31. Carrier Route</td><td>High Density</td><td></td><td></td><td>.131</td><td></td></tr>
<tr><td>32.</td><td>Saturation</td><td></td><td></td><td>.112</td><td></td></tr>
<tr><td colspan="2">33. Subtotals *(Add lines 21 through 32)* ▶</td><td>33,451</td><td>33,230</td><td></td><td>8,100.0580</td></tr>
</table>

34. Nonadv. % *(100 minus adv. %)*   88.900   x Number of Addressed Pieces *(Line 33)* x $.00074   =   2,186.0688
35. Number of Addressed Pieces at DDU rate   _____   x $.018   =
36. Number of Addressed Pieces at DSCF rate   _____   x $.008   =
37. Number of Addressed Pieces at DADC rate   _____   x $.002   =
38. Number of Addressed Pieces on Destination Entry Pallets Only   _____   x $.015   =
39. Number of Addressed Pieces on All Other Pallets   26,961   x $.005   =   134.8050
40. Total Piece Rate Discounts *(Add lines 34 through 39)*   ▶   2,320.8738

Total Piece Rate Postage *(Line 33 minus line 40)* ▶ 41.   $5,779.1842

Subtotal *(Add lines 13 and 41)* ▶ 42.   $16,657.2132

43. Nonprofit/Classroom subscribers and nonsubscribers within 10% limit:
    5% discount (add lines 12 and 41)   14,445.6562   x .05 *(all others enter zero)*   =   722.2828

Subtotal *(Subtract line 43 from line 42)* ▶ 44.   $15,934.9304

**Ride-Along Pieces** *(Must equal the number of copies in line 33, not the number of addressed pieces)*

| | Number of Pieces | Rate | |
|---|---|---|---|
| | X | $.124 | 45. |

Total Outside-County Postage *(Add lines 44 and 45; carry to page 1)* ▶ 46.   $15,934.9304

Lines 14 through 20 and 47 through 50 are reserved.

## Periodicals — One Issue or One Edition

| Publication Title or News Agent's Name | Publication No. | Mailing Date |
|---|---|---|
| PEDIATRICS | 424-720 | 8/30/2004 |

### ■ In-County *(DMM E217)*

*Commingled nonsubscriber copies over 10% limit are not eligible for In-County rates (DMM E215). Report these copies on a separate Form 3541.*

**Pound Rate**

| Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Rate | Postage | Total |
|---|---|---|---|---|---|---|---|
| 51. DDU | | | | | $.112 | | |
| 52. None | | | | | .146 | | |

Total Pound Rate Postage *(Add lines 51 and 52)* → 53.

**Piece Rates and Discounts *(Per addressed piece)***

| | Presort Discount | | Copies | Addressed Pcs. | Rate | Postage |
|---|---|---|---|---|---|---|
| 56. | Nonautomation | | | | $.106 | |
| 57. | Basic | Automation Letters | | | .050 | |
| 58. | | Flats | | | .077 | |
| 59. | Nonautomation | | | | .097 | |
| 60. | 3-Digit | Automation Letters | | | .048 | |
| 61. | | Flats | | | .073 | |
| 62. | Nonautomation | | | | .087 | |
| 63. | 5-Digit | Automation Letters | | | .046 | |
| 64. | | Flats | | | .067 | |
| 65. | Carrier Route | Basic | | | .050 | |
| 66. | | High Density | | | .034 | |
| 67. | | Saturation | | | .028 | |

68. Subtotals *(Add lines 56 through 67)* →

69. Number of addressed pieces at DDU rate _____ x $.006 =

Total Piece Rate Postage *(Line 68 minus line 69)* → 70.

Subtotal *(Add lines 53 and 70)* → 71.

**Ride-Along Pieces** *(Must equal the number of copies in line 68, not the number of addressed pieces)*

| Number of Pieces | Rate | |
|---|---|---|
| x | $.124 | 72. |

Total In-County Postage *(Add lines 71 and 72; carry to page 1)* → 73.

### ■ Foreign *(IMM 294)*

*Publishers' Periodicals mailings pay only a piece rate, based on the weight of the piece (round off weights to 4 decimal places if necessary).*

Canada (Rate Group 1) Weight per Copy: Include Wrappings ___.1.5100___ pounds

All Other Countries (Rate Groups 2 through 5) Weight per Copy: Include Wrappings ___.1.5100___ pounds

| | Rate Group | Subscriber / Requester Copies | Nonsub. / Nonreq. Copies | Total Copies | Total Pounds | Rate | Postage |
|---|---|---|---|---|---|---|---|
| 81. | 1 (Canada) | 558 | | 558 | 842.5800 | 1.9100 | 1,065.7800 |
| 82. | 2 (Mexico) | 40 | | 40 | 60.4000 | 4.0500 | 162.0000 |
| 83. | 3 | 1,179 | | 1,179 | 1,780.2900 | 3.5700 | 4,209.0300 |
| 84. | 4 | 130 | | 130 | 196.3000 | 3.5700 | 464.1000 |
| 85. | 5 | 785 | | 785 | 1,185.3500 | 3.7800 | 2,967.3000 |
| 86. Subtotals *(Add lines 81 through 85)* | | 2,692 | | 2,692 | 4,064.9200 | | 8,868.2100 |
| 87. From line 86, total pounds entered at the NJI and BMC ___ 2,860.0000 x $.25 | | | | | | = | 715.0000 |

Total Foreign Postage *(Line 86 minus line 87; carry to page 1)* → 88. $8,153.2100

**Lines 54 and 55 and 74 through 80 are reserved.**

PS Form **3541,** June 2002 *(Page 3 of 3)*  (Facsimile)
Statements for DAT-Mail v4.55.10 Window Book, Inc.

United States Postal Service
# Postage Statement — Periodicals
## One Issue or One Edition

☐ Classroom
☒ Nonprofit
☐ Regular
☐ Science-of-Agriculture

**Post Office: Note Mail Arrival Time**

Periodicals mailings of different copy weights must be reported on separate statements. Noncommingled nonsubscriber copies over the 10% limit are not mailable at Periodicals rates.

If the mailing contains pieces mailed at In-County or Foreign rates, use page 3.

Mailings without Ride-Along pieces or Foreign copies may be reported on condensed Form 3541-A.

| Publication Title and Owner or News Agent's Name | Mailing Agent's Name, Address, Telephone Number, and Email Address If Any | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| PEDIATRICS<br><br>Mailer's Job Number PEDIAT-9 V114 #9-COMAIL | CADMUS EASTON MD<br>500 CADMUS LN<br>EASTON, MD 21601<br>(410) 819-3577<br><br>CAPS Customer Ref. ID  13090 | EASTON MD 21601<br><br>21601-9998 |

| Publication No. | Edition/Code | Mailing Date | Processing Category (DMM C050) | Number of Containers |
|---|---|---|---|---|
| 424-720 | 102819 | 8/30/2004 | Automation Compatible Flats (DMM C820) | 1ft MM Trays  2ft MM Trays  2ft EMM Trays<br>Ttl Letter Trays  Flat Trays  Sacks 230<br>Pallets  Other 89 |
| **Issue Date** | **Issue Frequency** | **Statement Sequence No.** | | |
| SEPT 04 | MONTHLY | 12316 | | |

| Weight of Single Ride-Along | Weight per Copy for Issue (DMM P013—round off to 4 decimal places if necessary) | Advertising Percentage in This Issue | Post Office Computed Weight per Copy (Round off to 4 decimal places if necessary) |
|---|---|---|---|
| lb. | 1.51000 pounds | 11.100 % | pounds |

| For Automation Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0) | For Carrier Route Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0) | For Carrier Route Rate Pieces, Enter Date of Carrier Route Sequencing (DMM M050.4.0) |
|---|---|---|
| 8/25/2004 | 8/25/2004 | 8/25/2004 |

| | | |
|---|---|---|
| For Outside-County Copies<br>**Postmaster:** Report total postage in **AIC 135**. | Total From Line 46 (On reverse) | $12,552.4967 |
| For In-County Copies<br>**Postmaster:** Report total postage in **AIC 224**. | Total From Line 73 (On page 3) | |
| For Foreign Copies<br>**Postmaster:** Report total postage in **AIC 238**. | Total From Line 88 (On page 3) | $1,138.3600 |
| **Postmaster:** This total for mailer use only.<br>Report totals separately as instructed above. | **Total Postage** (Add lines above) → | $13,690.86 |

The signature of the owner of the publication certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the owner of the publication, and that the owner of the publication is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control.

The owner of the publication hereby certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the rates and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation.

I understand that anyone who furnishes false or misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

| Owner or Agent's Name<br>Ernest Downes | Name and Telephone Number of Contact Person in Publisher's Office | Verifying Employee's Signature | Round Stamp (Required) |
|---|---|---|---|
| Owner or Agent's Signature | AMER. ACADEMY OF PEDIATRICS | Verifying Employee's Name | |
| (410) 819-3577 | | Time<br><br>AM<br><br>PM | |
| Dun & Bradstreet No. | Dun & Bradstreet No. | | |

PS Form **3541**, June 2002  (Page 1 of 3)    (Facsimile)    This form and mailing standards available on Postal Explorer at http://pe.usps.gov

Statements for DAT-Mail v4.55.10  Window Book, Inc.

## Periodicals — One Issue or One Edition

### ■ Outside-County *(DMM E217)*
*For Nonprofit and Classroom: All commingled nonsubscriber copies over the 10% limit must pay regular rates and use a separate Form 3541.*

| | Zone | Subscriber / Requester Copies | Nonsub./Nonreq. Copies | | Total Copies | Total Pounds | Advertising Pounds | Rate | | Postage | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Within 10% Limit | Over 10% | | | | Regular | Sci./Ag. | | |
| **Pound Rate** | 1. DDU | | | | | | | $.158 | $.119 | | |
| | 2. DSCF | | | | | | | .203 | .152 | | |
| | 3. DADC | | | | | | | .223 | .167 | | |
| | 4. 1 & 2 | 3,105 | | | 3,105 | 4,689 | 520 | .248 | .186 | 128.9600 | |
| | 5. 3 | 4,912 | | | 4,912 | 7,417 | 823 | .267 | | 219.7410 | |
| | 6. 4 | 5,838 | | | 5,838 | 8,815 | 978 | .315 | | 308.0700 | |
| | 7. 5 | 5,268 | | | 5,268 | 7,955 | 883 | .389 | | 343.4870 | |
| | 8. 6 | 1,945 | | | 1,945 | 2,937 | 326 | .466 | | 151.9160 | |
| | 9. 7 | 887 | | | 887 | 1,339 | 149 | .559 | | 83.2910 | |
| | 10. 8 | 3,947 | | | 3,947 | 5,960 | 662 | .638 | | 422.3560 | |
| | 11. Subtotals *(Add lines 1 through 10)* | | | → | 25,902 | 39,112 | 4,341 | | | 1,657.8210 | |
| | 12. Nonadvertising Pounds *(From line 11, total pounds minus advertising pounds)* | | | | 34,771 | x $.193 | | | = | 6,710.8030 | |
| | | | | | | Total Pound Rate Postage *(Line 11 plus line 12)* → | | | | 13. | $8,368.6240 |

| | | Presort Discount | | Copies | Addressed Pcs. | Rate | Postage |
|---|---|---|---|---|---|---|---|
| **Piece Rates and Discounts *(Per addressed piece)*** | 21. | Nonautomation | | 138 | 128 | $.373 | 47.7440 |
| | 22. Basic | Automation | Letters | | | .281 | |
| | 23. | | Flats | 991 | 991 | .325 | 322.0750 |
| | 24. | Nonautomation | | 272 | 272 | .324 | 88.1280 |
| | 25. 3-Digit | Automation | Letters | | | .249 | |
| | 26. | | Flats | 11,263 | 11,263 | .283 | 3,187.4290 |
| | 27. | Nonautomation | | 172 | 166 | .256 | 42.4960 |
| | 28. 5-Digit | Automation | Letters | | | .195 | |
| | 29. | | Flats | 11,903 | 11,903 | .226 | 2,690.0780 |
| | 30. | Basic | | 1,163 | 1,140 | .163 | 185.8200 |
| | 31. Carrier Route | High Density | | | | .131 | |
| | 32. | Saturation | | | | .112 | |
| | 33. Subtotals *(Add lines 21 through 32)* | | → | 25,902 | 25,863 | | 6,563.7700 |
| | 34. Nonadv. % *(100 minus adv. %)* 88.900 x Number of Addressed Pieces *(Line 33)* x $.00074 = | | | | | | 1,701.4233 |
| | 35. Number of Addressed Pieces at DDU rate _____ x $.018 = | | | | | | |
| | 36. Number of Addressed Pieces at DSCF rate _____ x $.008 = | | | | | | |
| | 37. Number of Addressed Pieces at DADC rate _____ x $.002 = | | | | | | |
| | 38. Number of Addressed Pieces on Destination Entry Pallets Only _____ x $.015 = | | | | | | |
| | 39. Number of Addressed Pieces on All Other Pallets 21,014 x $.005 = | | | | | | 105.0700 |
| | 40. Total Piece Rate Discounts *(Add lines 34 through 39)* → | | | | | | 1,806.4933 |
| | | | | | Total Piece Rate Postage *(Line 33 minus line 40)* → | 41. | $4,757.2767 |
| | | | | | Subtotal *(Add lines 13 and 41)* → | 42. | $13,125.9007 |

43. Nonprofit/Classroom subscribers and nonsubscribers within 10% limit:
    5% discount (add lines 12 and 41) 11,468.0797 x .05 *(all others enter zero)* = 573.4040

Subtotal *(Subtract line 43 from line 42)* → 44. $12,552.4967

| | | Number of Pieces | Rate | |
|---|---|---|---|---|
| Ride-Along Pieces *(Must equal the number of copies in line 33, not the number of addressed pieces)* | | x | $.124 | 45. |

Total Outside-County Postage *(Add lines 44 and 45; carry to page 1)* → 46. $12,552.4967

**Lines 14 through 20 and 47 through 50 are reserved.**

## Periodicals — One Issue or One Edition

| Publication Title or News Agent's Name | Publication No. | Mailing Date |
|---|---|---|
| PEDIATRICS | 424-720 | 8/30/2004 |

### ■ In-County (DMM E217)

*Commingled nonsubscriber copies over 10% limit are not eligible for In-County rates (DMM E215). Report these copies on a separate Form 3541.*

**Pound Rate**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Rate | Postage | Total |
|---|---|---|---|---|---|---|---|---|
| 51. | DDU | | | | | $.112 | | |
| 52. | None | | | | | .146 | | |

Total Pound Rate Postage (Add lines 51 and 52) → 53.

**Piece Rates and Discounts (Per addressed piece)**

| | Presort Discount | | Copies | Addressed Pcs. | Rate | Postage |
|---|---|---|---|---|---|---|
| 56. | Nonautomation | | | | $.106 | |
| 57. | Basic | Automation Letters | | | .050 | |
| 58. | | Automation Flats | | | .077 | |
| 59. | Nonautomation | | | | .097 | |
| 60. | 3-Digit | Automation Letters | | | .048 | |
| 61. | | Automation Flats | | | .073 | |
| 62. | Nonautomation | | | | .087 | |
| 63. | 5-Digit | Automation Letters | | | .046 | |
| 64. | | Automation Flats | | | .067 | |
| 65. | Carrier Route | Basic | | | .050 | |
| 66. | | High Density | | | .034 | |
| 67. | | Saturation | | | .028 | |
| 68. | Subtotals (Add lines 56 through 67) | | | | | |
| 69. | Number of addressed pieces at DDU rate ___ x $.006 | | | | = | |

Total Piece Rate Postage (Line 68 minus line 69) → 70.

Subtotal (Add lines 53 and 70) → 71.

**Ride-Along Pieces** *(Must equal the number of copies in line 68, not the number of addressed pieces)*

| Number of Pieces | Rate | |
|---|---|---|
| x | $.124 | 72. |

Total In-County Postage (Add lines 71 and 72; carry to page 1) → 73.

### ■ Foreign (IMM 294)

*Publishers' Periodicals mailings pay only a piece rate, based on the weight of the piece (round off weights to 4 decimal places if necessary).*

Canada (Rate Group 1) Weight per Copy: Include Wrappings ___.1.7350___ pounds

All Other Countries (Rate Groups 2 through 5) Weight per Copy: Include Wrappings ___.___ pounds

| | Rate Group | Subscriber / Requester Copies | Nonsub. / Nonreq. Copies | Total Copies | Total Pounds | Rate | Postage |
|---|---|---|---|---|---|---|---|
| 81. | 1 (Canada) | 596 | | 596 | 1,034.0600 | 1.9100 | 1,138.3600 |
| 82. | 2 (Mexico) | | | | | | |
| 83. | 3 | | | | | | |
| 84. | 4 | | | | | | |
| 85. | 5 | | | | | | |
| 86. | Subtotals (Add lines 81 through 85) | 596 | | 596 | 1,034.0600 | | 1,138.3600 |
| 87. | From line 86, total pounds entered at the NJI and BMC ___ x $.25 | | | | | = | 0.0000 |

Total Foreign Postage (Line 86 minus line 87; carry to page 1) → 88. $1,138.3600

Lines 54 and 55 and 74 through 80 are reserved.

PS Form **3541**, June 2002  (Page 3 of 3)        (Facsimile)
Statements for DAT-Mail v4.55.10  Window Book, Inc.