# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. MARK GEIER,** *et al.*, <br><br>                    **Plaintiffs,** <br><br> vs. <br><br> **DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*, <br><br>                    **Defendants.** | Case No. 05-CV-1749(TFH) |

## [PROPOSED] ORDER

UPON CONSIDERATION OF the American Academy of Pediatrics' Motion to Dismiss and/or for Summary Judgment, the briefs and accompanying materials related thereto, the pleadings on file in this action, the argument of counsel, and for good cause shown, it is hereby:

ORDERED that the American Academy of Pediatrics' Motion is granted; and it is hereby further

ORDERED that the Complaint is dismissed in its entirety and with prejudice as against the American Academy of Pediatrics, plaintiff to bear the costs.

Dated: _____, 2005

_____
Thomas F. Hogan
Chief United States District Court Judge

Serve:

James A. Moody
THE CULLEN LAW FIRM, P.L.L.C.
1101 30th Street, N.W.
Suite 300
Washington, DC  20007

Joseph A. Hennessy
7315 Wisconsin Avenue, N.W.
Suite 700-East
Bethesda, MD  20814

*Counsel for Plaintiffs*


Jay Ward Brown
Adam J. Rappaport
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, DC  20036

*Counsel for Defendant American Academy of Pediatrics*


Alan Burch
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC  20530

*Counsel for Defendants Department of Health and Human Services, Benjamin Schwartz, and Larry Pickering*


Edward J. Longosz, II
Erica H. Perkins
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC  20006

*Counsel for Defendants Sarah K. Parker and James Todd*