IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. MARK GEIER, *et al.*,

          **Plaintiffs,**

vs.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

          **Defendants.**

Case No. 05-CV-1749(TFH)

## CONSENT MOTION TO POSTPONE PARTY CONFERENCE

Plaintiffs Dr. Mark Geier and David Geier, and defendants Department of Health and Human Services, Sarah K. Parker, James Todd, Benjamin Schwartz, Larry Pickering, and the American Academy of Pediatrics jointly move to postpone the conference which parties are required to hold pursuant to Rule 26(f) and Local Civil Rule 16.3(a) until 10 days after the Court decides the defendants' pending motions to dismiss the Complaint, and aver in support thereof as follows:

1. The Complaint in this matter was filed on September 1, 2005.

2. Defendants Parker and Todd filed a motion to dismiss on November 1, 2005. Defendants Department of Health and Human Services, Schwartz, and Pickering filed a separate motion to dismiss on November 14, 2005. Defendant American Academy of Pediatrics filed a motion to dismiss and/or for summary judgment on December 1, 2005.

3. The parties have agreed that it would be appropriate to postpone the conference they are required to hold pursuant to Rule 26(f) and Local Civil Rule 16.3(a) until

10 days after the Court decides these motions. Postponing the conference will conserve the Court's and the parties' time and other resources in the event one or more of the motions are granted in whole or in part.

4. The parties contemplate that postponing the conference will also postpone initial disclosures pursuant to Rule 26(a)(1).

WHEREFORE, the parties respectfully request that the Court enter an order postponing the conference pursuant to Rule 26(f) and Local Rule 16.3(a) until 10 days after the three pending motions to dismiss are decided.

Dated:   December 5, 2005                    Respectfully submitted,

/s/ Joseph A. Hennessy
Joseph A. Hennessy (D.C. Bar No. 453582)
7315 Wisconsin Avenue, N.W.
Suite 700-East
Bethesda, MD  20814

James A. Moody (D.C. Bar No. 294504)
THE CULLEN LAW FIRM, P.L.L.C.
1101 30th Street, N.W., Suite 300
Washington, DC  20007

*Counsel for Plaintiffs*


/s/ Alan Burch
Alan Burch (D.C. Bar No. 470655)
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC  20530

*Counsel for Defendants
Department of Health and Human Services,
Benjamin Schwartz, and Larry Pickering*


ECKERT, SEAMANS, CHERIN & MELLOTT, LLC

By: /s/ Erica H. Perkins
    Edward J. Longosz, II (D.C. Bar. No. 368932)
    Erica H. Perkins (D.C. Bar No. 484162)
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006

*Counsel for Defendants*
*Sarah K. Parker and James Todd*


LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: /s/ Jay Ward Brown
    Jay Ward Brown (D.C. Bar No. 437686)
    Adam J. Rappaport (D.C. Bar No. 479866)
1050 Seventeenth Street, N.W., Suite 800
Washington, DC  20036

*Counsel for Defendant*
*American Academy of Pediatrics*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, I caused true and correct copies of the foregoing Consent Motion to Postpone Party Conference to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on the following counsel via first-class mail:

>James A. Moody, Esq.
>THE CULLEN LAW FIRM, P.L.L.C.
>1101 30th Street, N.W.
>Suite 300
>Washington, DC  20007

>/s/ Adam J. Rappaport
>Adam J. Rappaport