UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 05-CV-1749(TFH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the Consent Motion to Postpone Party Conference it is hereby:

ORDERED that the Motion is granted; and it is hereby further

ORDERED that the conference which the parties are required to hold pursuant to Rule 26(f) and Local Civil Rule 16.3(a) is postponed until 10 days after the Court decides the pending motions to dismiss.

Dated: _____, 2005　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　Chief United States District Court Judge

Serve:

James A. Moody
THE CULLEN LAW FIRM, P.L.L.C.
1101 30th Street, N.W.
Suite 300
Washington, DC  20007

Joseph A. Hennessy
7315 Wisconsin Avenue, N.W.
Suite 700-East
Bethesda, MD  20814

*Counsel for Plaintiffs*


Jay Ward Brown
Adam J. Rappaport
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, DC  20036

*Counsel for Defendant American Academy of Pediatrics*


Alan Burch
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC  20530

*Counsel for Defendants Department of Health and Human Services, Benjamin Schwartz, and Larry Pickering*


Edward J. Longosz, II
Erica H. Perkins
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC  20006

*Counsel for Defendants Sarah K. Parker and James Todd*