FILED

DEC 2 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES, et. al. )<br>)<br>Defendants. ) | Case No. 1:05CV01749<br>Judge Thomas F. Hogan |

### ORDER

Upon consideration of the Consent Motion of Defendants Dr. Sarah Parker and Dr. James Todd for Special Admission *Pro Hac Vice* of Patrick Terrance O'Rourke, and the Court being duly advised, it is hereby,

ORDERED this _1st_ day of _Dec._, 2005, that defendants' Motion is GRANTED, and that the counsel Patrick Terrance O'Rourke be admitted *pro hac vice* to this court for purposes of this case.

_____
Judge Thomas F. Hogan

Copies to:

James A. Moody, Esquire
The Cullen Law Firm, P.L.L.C.
1101 30th Street, N.W., Suite 300
Washington, D.C. 20007

Joseph A. Hennessey, Esquire
7315 Wisconsin Avenue, Suite 700
Bethesda, MD 20814

(Cont'd Next Page)

Alan Burch, Esquire
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Jay Ward Brown, Esquire
Adam J. Rappaport, Esquire
Levine Sullivan Koch & Schultz, LLP
1050 17th Street, N.W., Suite 800
Washington, D.C. 20036

Edward J. Longosz, II, Esquire
Erica H. Perkins, Esquire
Eckert Seamans, Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW, Suite 1200
Washington, D.C. 20006

Patrick Terrence O'Rourke
University of Colorado - Office of University Counsel
1380 Lawrence Street, Suite 1325
Denver, CO 80204