FILED

DEC 2 _ 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**DAVID GEIER AND MARK GEIER**

        *Plaintiffs*,

    vs.

**Department of Health and Human
Services, et al.**

        *Defendants.*

Case No. 1:05CV01749

### ORDER

Plaintiffs having filed an Unopposed Motion to File a Reply to Defendants' Todd and Parker's Motion to Dismiss for Lack of Personal Jurisdiction and Defendants Parker and Todd having consented to this motion, the Court hereby

**ORDERS** that Plaintiffs are granted until Friday, December 2, 2005 to file their Reply to Todd and Parker's Motion to Dismiss. Done this _1_ day of _Dec_ , 2005.

_____
Judge, United States District Court