UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **David Geier And Mark Geier**<br>14 Redgate Court<br>Silver Spring, MD  20905<br>        *Plaintiffs*,<br>     vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and**<br>**Dr. James Todd**<br>Childrens' Hospital<br>Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO   80218<br><br>**Dr. Benjamin Schwartz and**<br>**Dr. Larry Pickering**<br>c/o<br>National Vaccine Program Office<br>HHS<br>200 Independence Ave., SW<br>Room 725<br>Washington, DC   20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>        *Defendants*. | Plaintiffs' Consent Motion to Extend Until January 12, 2006 The Filing of Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment<br><br>and<br><br>Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 10, 2006.<br><br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

With the consent of Defendant American Academy of

Pediatrics ("AAP"), Plaintiffs' hereby move that the Court grant

an extension until January 12, 2006 for Plaintiffs to file an

Opposition to the Motion to Dismiss/Motion for Summary Judgment filed by The American Academy of Pediatrics ("AAP"). In consideration of the holiday season, and in consideration of the travel schedule of Defendant AAP's counsel Jay Brown, Plaintiffs consent to AAP filing its Reply to Plaintiffs' Opposition to AAP's Motion to Dismiss/Motion for Summary Judgment on February 10, 2006. Respectfully submitted this Wednesday, December 07, 2005.

_____
Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007
*Lead Attorney*


*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joseph Hennessey certify that on Wednesday, December 07, 2005, a copy of Plaintiffs' Consent Motion to Extend Until January 12, 2006 Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment, and Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 10, 2006 was served by via the Electronic Filing System of the United States District Court for the District of Columbia on the below listed parties:

**Jay Ward Brown, Esq.**
**Adam J. Rappaport, Esq.**
Levine Sullivan Koch & Schultz, LLP
1050 Seventeenth Street, NW, Suite 800
Washington, DC  20036

**Erica H. Perkins, Esq.**
**Edward J. Longosz, Esq.**
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC  20006

**Alan Burch, Esq.**
55 Fourth Street, NW
Washington, DC  2-530

**Patrick T. O'Rouke, Esq.**
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO  80204

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br>14 Redgate Court<br>Silver Spring, MD  20905<br><br>     *Plaintiffs*,<br><br>   vs.<br><br>**Department of Health and Human Services**<br>200 Independence Avenue, SW<br>Washington, DC  20201<br><br>**Dr. Sarah K. Parker and**<br>**Dr. James Todd**<br>Childrens' Hospital, Department of Pediatrics<br>1056 East 19th Avenue<br>Denver, CO  80218<br><br>**Dr. Benjamin Schwartz and**<br>**Dr. Larry Pickering**<br>c/o National Vaccine Program Office<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Room 725<br>Washington, DC  20201<br><br>And<br><br>**The American Academy of Pediatrics**<br>601 13th Street, NW<br>Suite 400 – North<br>Washington, DC  20005<br><br>     *Defendants*. | **Statement of Points and Authorities in Support of** Plaintiffs' Consent Motion to Extend Until January 12, 2006 The Filing of Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment<br><br>and<br><br>Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 10, 2006.<br><br><br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

Pursuant to Local Rule 7(a), Plaintiffs provide the

following Statement of Points and Authorities in Support of

Plaintiffs' Consent Motion to Extend Until January 12, 2006 the Filing of Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment, and Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 10, 2006.

- Plaintiffs' Counsel James A. Moody is currently in a trial in the State of California.
- Plaintiffs' Counsel Joseph Hennessey is recovering from a broken fibula which incapacitated him for a period of four weeks.
- Plaintiffs' counsel have requested and obtained extensions to file oppositions to motions to dismiss filed by Defendants Parker, Todd, Schwartz, and Pickering.
- Plaintiffs' counsel is currently engaged in responding to the Motions to Dismiss filed by Parker, Todd, Schwartz, Pickering, and the Department of Health and Human Services.
- Due to the trial schedule of Mr. Moody and the injury to Mr. Hennessey, it has been difficult for Plaintiffs counsel to confer with respect to filing an Opposition to AAP's Motion to Dismiss/Motion for Summary Judgment.
- Counsel for Defendant AAP will be traveling out the country and requested until February 10, 2006 to file AAP's Reply to Plaintiff's Opposition brief.

- Plaintiffs have agreed that AAP should have until February 10, 2006 to file Their Reply to Plaintiffs' Opposition to AAP's Motion to Dismiss/Motion for Summary Judgment.

Respectfully submitted this Wednesday, December 07, 2005.

*[signature]*

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007
*LEAD ATTORNEY*


*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br><br>    *Plaintiffs*,<br><br>  vs.<br><br>**Department of Health and Human Services, et al.**<br><br>    *Defendants*. | Case No. 1:05CV01749 |

### ORDER

Plaintiffs having filed a consent motion to extend until January 12, 2006 for Plaintiffs to file their Opposition to The American Academy of Pediatric's Motion to Dismiss/Motion for Summary Judgment; and Plaintiffs having consented to The American Academy of Pediatric's filing its Reply to Plaintiffs' Opposition on February 10, 2006; and the Court finding good cause shown, the Court hereby

**ORDERS** that Plaintiffs' Opposition to The American Academy of Pediatric's Motion to Dismiss/Motion for Summary Judgment shall be filed on or before January 12, 2006, and The American Academy of Pediatric's Reply to Plaintiffs Opposition shall be filed on or before February 10, 2006.  Done this _____ day of _____, 2005.

_____
Judge, United States District Court