

Search


Subspecialties,
Related Programs &
Affiliates

Infectious Diseases
Home
º Clinical Services
º Research
º Research Funding
º Education
  º Fellowship
º Faculty
º Awards and Honors
º Publications

Pediatrics Home
School of Medicine
UCHSC Home
The Children's
Hospital

# Research Funding
*(listed alphabetically by Principal Investigator)*

## 2003-2004

### A Double-Blind, Placebo-Controlled, Virologic Efficacy Trial of Pleconaril (VP63843) in the Treatment of Neonates with EV Sepsis Syndrome (Protocol Version 2.0/Version Date 4/25/99)
*Principal Investigator:* Mark J. Abzug, MD
*Source:* National Institute of Allergy and Infectious Disease Collaborative Antiviral Study Group, National Institutes of Health
*Amount:* Per patient enrolled
*Term:* 1999-ongoing

### Safety of Ciprofloxacin in Pediatric Patients
*Principal Investigator:* Marsha S. Anderson, MD
*Source:* Bayer Corporation
*Amount:* Per patient
*Term:* 2001-present

### Denver for Advanced Public Health Preparedness Center
*Principal Investigator:* Arthur Davidson, MD
*Co-Investigator:* Marsha S. Anderson, MD
*Source:* Centers for Disease Control and Prevention - U90/CCU817608
*Amount:* $12,000
*Term:* 2000-2003

### Apoptotic Signaling in Viral Myocarditis
*Principal Investigator:* Roberta L. DeBiasi, MD
*Source:* National Institutes of Health Physician Scientist Award - 1 K08 A152261-01
*Amount:* $604,800
*Term:* 2002-2007

### Effectiveness of Pneumococcal Conjugate Vaccine in Children
*Co-Principal Investigators:* Mary P. Glodé, MD, and Ann-Christine Nyquist, MD, MSPH
*Source:* Centers for Disease Control and Prevention - 2890
*Amount:* $419,460
*Term:* 2000-2004

### Pertussis Vaccine Effectiveness Study Among Children Aged 6 to 59 Months
*Co-Principal Investigators:* Mary P. Glodé, MD, and Christine Robinson, PhD
*Source:* Centers for Disease Control and Prevention - 98B066(N)
*Amount:* $148,300
*Term:* 1998-2003

### A Double-Blind, Randomized, Controlled Phase III Study to Assess the Prophylactic Efficacy and Safety of Bd-Alum/MPL Vaccine in the Prevention of Genital Herpes Diseases in Young Women Who Are HSV-1 and -2 Seronegative

*Principal Investigator:* Myron J. Levin, MD
*Source:* National Institute of Allergy and Infectious Disease and St. Louis University/GlaxoSmithKline
*Amount:* $974,693/yr
*Term:* 2002-2006

### A Randomized, Double-Blind, Placebo-Controlled, Dose-Escalating, Pilot Study to Assess the Safety of Live, Attenuated Varicella-Zoster Vaccine Given Concomitantly with Recombinant Human Interleukin-12 (rhIL-12) in Healthy Adults 60 to 79 Years of Age

*Principal Investigator:* Myron J. Levin, MD
*Source:* Genetics Institute
*Amount:* $9,126,000
*Term:* 1999-2004

### University of Colorado Center for AIDS Research

*Principal Investigator:* Robert Schooley, MD
*Co-Principal Investigator:* Myron J. Levin, MD
*Source:* National Institute of Allergy and Infectious Disease
*Amount:* $7,946,900
*Term:* 2003-2008

### Study of the Safety and Efficacy of an Iontophoretic Device to Treat Recurrent Herpes Labialis

*Principal Investigator:* Myron J. Levin, MD
*Source:* Klearsen Corporation
*Amount:* $7,946,900
*Term:* 2003-2005

### Pediatric and Perinatal HIV Clinical Trials

*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Elizabeth J. McFarland, MD
*Source:* Westat and National Institutes of Health, National Institute of Child and Human Development - N01-HD-3-3162
*Amount:* $5,010,161
*Term:* 2002-2007

### Demonstration Project to Improve Research and Care of HIV-Infected Children

*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Elizabeth J. McFarland, MD
*Source:* Department of Health and Human Services, Health Resources and Services Administration, Ryan White Title IV HIV Program
*Amount:* $4,437,722
*Term:* 1995-2004

### Expansion of Pediatric ACTU

*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Childhood Diseases - U0132915-05
*Amount:* $4,156,500
*Term:* 1996-2007

### Demonstration Project to Improve Research and Care of HIV-Infected Children
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Elizabeth J. McFarland, MD
*Source:* Health Resources and Services Administration, Ryan White Title IV HIV Program
*Amount:* $2,507,595
*Term:* 2001-2004

### Trial of Varicella Vaccine for the Prevention of Herpes Zoster and its Complications
*Principal Investigator:* Myron J. Levin, MD
*Source:* National Institute of Allergy and Infectious Disease, Veterans Administration - VA CSP403
*Amount:* $1,532,185
*Term:* 1998-2004

### Depression and Trial of Varicella Vaccine in the Elderly
*Principal Investigator:* Myron J. Levin, MD
*Source:* UCLA Medical Center
*Amount:* $388,001
*Term:* 2000-2004

### Probe Study to Evaluate the Safety, Tolerability and Immunogenicity of a Process Upgrade Varicella-Zoster Vaccine as a Booster Dose in Previously Vaccinated Adults 60 Years of Age and Older
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Research Laboratories - Zoster Protocol 005
*Amount:* $132,000
*Term:* 1999-2004

### Pediatric HIV Clinical Trials Network
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Mark J. Abzug, MD
*Source:* National Institutes of Health, National Institute of Child Health and Human Development - N01-HD-3-3162
*Amount:* $117,875
*Term:* 2002-2004

### A Phase III, Open-Labeled, Randomized, Multicenter, Clinical Study of the Safety of a Primary Series of GlaxoSmithKline Biologicals' DTPa-HepB-IPV Candidate Vaccine Coadministered with HibTITER® and Prevnar® to Healthy Infants at 2, 4, and 6 Months of Age as Compared to the Separate Administration of Infanrix® + Engerix-B® + IPOL® + HibTITER® + Prevnar®
*Principal Investigator:* Myron J. Levin, MD
*Source:* GlaxoSmithKline Biologicals - 084
*Amount:* $111,678
*Term:* 2001-2003

### Retrospective Study That Would Evaluate Asthmatic Children Who Had Already Received Varivax® in the Past
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Research Laboratories

*Amount:* $69,000
*Term:* 2003-2006

### A Double-Blind, Placebo-Controlled, Randomized Study to Evaluate the Safety, Tolerability and Immunogenicity After One and Two Doses of PHN/Zoster Vaccine

*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Research Laboratories - Zoster Protocol 007
*Amount:* $54,900
*Term:* 2001-2004

### Phospholipases in the Pathogenesis of Mycobacterium Tuberculosis

*Principal Investigator:* Sarah K. Parker, MD
*Source:* National Institutes of Health - 1 K08 AI050646-04
*Amount:* $560,000
*Term:* 2002-2007

### CD40-CD154 Interactions in Cryptosporidial Immunity

*Principal Investigator:* Esther Ponnuraj, PhD
*Source:* National Institutes of Health - R-01- A140870-05
*Amount:* $673,622
*Term:* 2002-2005

### Respiratory Viral Infections in Filipino Children

*Principal Investigator:* Eric A. F. Simoes, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* World Health Organization
*Amount:* $170,000
*Term:* 2001-2004

### Immunogenicity of Influenza Vaccine in Children with Rheumatologic Disorders

*Principal Investigator:* Jennifer Soep, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* Pediatric General Clinical Research Center
*Amount:* $10,000
*Term:* 2001-2003

### Pediatric Pharmacology Research Unit Network

*Principal Investigator:* Stanley J. Szefler, MD
*Co-Principal Investigators:* Harley A. Rotbart, MD, and Mark J. Abzug, MD
*Co-Investigator:* Joseph D. Spahn, MD
*Source:* National Institutes of Health, National Institute of Childhood Health and Disease - HD37237
*Amount:* $1,364,175
*Term:* 1999-2003

### Pediatric AIDS Clinical Trials Group

*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Childhood Diseases - N01-HD-33162
*Amount:* $1,796,322
*Term:* 1997-2003

### Shingles Prevention Study

*Principal Investigator:* Adriana Weinberg, MD
*Source:* Veterans Administration - CSP403
*Amount:* $960,642

*Term:* 2001-2004

### Immune Responses to Varicella Vaccine in HIV-Infected Adults
*Principal Investigator:* Kathleen Brady, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health - K23RR16116-02
*Amount:* $754,246
*Term:* 2000-2005

### Epidemiology of Adult Glioma
*Principal Investigator:* Margaret Wrensch, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health - R01 CA52689
*Amount:* $8,000,863
*Term:* 2001-2006

### Manufacturing of VZV Antigen
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $280,000
*Term:* 1999-2004

### VZV ELISPOT Validation for Studies of VZV-Specific Cell-Mediated Immunity
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $224,125
*Term:* 2001-2004

### CMV Immune Reconstruction in AIDS Patients on HAART
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health - 2U01A38858 AACTG 360.06
*Amount:* $152,000
*Term:* 2002-2003

### Persistence of VZV Immunity in Elderly Recipients of the PHN/Zoster Vaccine
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $49,000
*Term:* 2001-2004

### Cell-Mediated Immunity in Herpes Zoster Patients
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $48,000
*Term:* 2001-2004

### Kinetics of Cell-Mediated Immune Responses to PHN/Zoster Vaccine
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $46,626
*Term:* 2001-2004

### Diagnosis of CMV Infection in Stem Cell Recipients
*Principal Investigator:* Adriana Weinberg, MD
*Source:* AmCell
*Amount:* $20,000

*Term:* 2002-2004

### PCR Diagnosis of Zoster
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $15,000
*Term:* 2001-2003

### Evaluation of Directigen EZ Flu A+B Kit
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Becton Dickinson
*Amount:* $10,000
*Term:* 2002-2003

### Flu OIA Evaluation
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Biostar
*Amount:* $10,000
*Term:* 2002-2003


## 2001-2002

### A Double-Blind, Placebo-Controlled, Virologic Efficacy Trial of Pleconaril (Vp63843) in the Treatment of Infants with Enteroviral Meningitis (Protocol Version 2.0)
*Principal Investigator:* Mark J. Abzug, MD
*Source:* National Institute of Allergy and Infectious Disease Collaborative Antiviral Study Group
*Amount:* Per patient enrolled
*Term:* 1999-2001

### A Double-Blind, Placebo-Controlled, Virologic Efficacy Trial of Pleconaril (Vp63843) in the Treatment of Neonates with EV Sepsis Syndrome (Protocol Version 2.0/Version Date 4/25/99)
*Principal Investigator:* Mark J. Abzug, MD
*Source:* National Institute of Allergy and Infectious Disease Collaborative Antiviral Study Group
*Amount:* Per patient enrolled
*Term:* 1999-2002

### A Double-Blind, Randomized, Placebo-Controlled Safety and Efficacy Trial of Suspension Formulation of Pleconaril in the Treatment of Viral Respiratory Infection in Children Age 2 to 12 Years (Protocol No. 843-051)
*Principal Investigator:* Mark J. Abzug, MD
*Source:* Viropharma
*Amount:* $4,467
*Term:* 2000-2001

### Natural History of Viral Meningitis in Young Children (4 to 7 Years of Age)
*Principal Investigator:* Mark J. Abzug, MD
*Source:* Viropharma
*Term:* 1999-2001

### Safety of Ciprofloxacin in Pediatric Patients

*Principal Investigator:* Marsha S. Anderson, MD
*Source:* Bayer Corporation
*Amount:* Per patient
*Term:* 2001-2002

### Immune Responses to Varicella Vaccine in HIV-Infected Adults
*Principal Investigator:* Kathleen Brady, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health - K23RR16116-02
*Amount:* $754,246
*Term:* 2000-2005

### Denver for Advanced Public Health Preparedness Center
*Principal Investigator:* Arthur Davidson, MD
*Co-Investigator:* Marsha S. Anderson, MD
*Source:* Centers for Disease Control and Prevention - U90/CCU817608
*Amount:* $12,000
*Term:* 2000-2003

### Immunologic Aspects of the Pathogenesis of Chronic Sinusitis in Children: A Six-Month Pilot Study
*Principal Investigator:* Kenny Chan, MD
*Co-Investigators:* Andrew H. Liu, MD, and Mark J. Abzug, MD
*Source:* Pediatric General Clinical Research Center
*Term:* 1999-2001

### Apoptotic Signaling in Viral Myocarditis
*Principal Investigator:* Roberta L. DeBiasi, MD
*Source:* National Institutes of Health Physician Scientist Award - 1 K08 A152261-01
*Amount:* $604,800
*Term:* 2002-2007

### Identification and Targeting of Apoptotic Signaling Pathways in Viral Myocarditis
*Principal Investigator:* Roberta L. DeBiasi, MD
*Source:* Veterans Administration Research Career Development Award
*Amount:* $109,500
*Term:* 2002-2002

### Infectious Diseases Society of American Young Investigator Award
*Principal Investigator:* Roberta L. DeBiasi, MD
*Source:* Ortho-McNeil Pharmaceuticals
*Amount:* $80,000
*Term:* 2000-2002

### Effectiveness of Pneumococcal Conjugate Vaccine in Children
*Co-Principal Investigators:* Mary P. Glodé, MD, and Ann-Christine Nyquist, MD, MSPH
*Source:* Centers for Disease Control and Prevention - 2890
*Amount:* $419,460
*Term:* 2000-2003

### Pertussis Vaccine Effectiveness Study Among Children Aged 6 to 59 Months
*Co-Principal Investigators:* Mary P. Glodé, MD, and Christine

Robinson, PhD
*Source:* Centers for Disease Control and Prevention - 98B066(N)
*Amount:* $148,300
*Term:* 1998-2003

**Trial of Varicella Zoster Vaccine for the Prevention of Herpes Zoster and Its Complications**
*Principal Investigator:* Anthony R. Hayward, MD, PhD
*Source:* Merck Research Laboratories
*Amount:* Per protocol
*Term:* 1997-2002

**A Comparison of the Safety, Tolerability and Immunogenicity of M-M-RTMII Manufactured with Recombinant Human Albumin (rHA) vs. M-M-RTMII Manufactured with Pooled-Donor Human Serum Albumin (HSA) in Healthy Children 12 to18 Months of Age**
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Research Laboratories - Merck 009
*Amount:* $92,605
*Term:* 2001-2002

**A Double-Blind, Placebo-Controlled, Randomized Study to Evaluate Safety, Tolerability and Immunogenicity After One and Two Doses of PHN/Zoster Vaccine**
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Research Laboratories - Zoster Study 007
*Amount:* $54,900
*Term:* 2001-2002

**A Phase III, Open-Labeled, Randomized, Multicenter, Clinical Study of the Safety of a Primary Series of GlaxoSmithKline's DTPa-HepB-IPV Candidate Vaccine Coadministered with HibTITER® and Prevnar® to Healthy Infants at 2, 4 and 6 Months of Age as Compared to the Separate Administration of Infanrix® + Engerix-B® + IPOL® + HibTITER® + Prevnar®**
*Principal Investigator:* Myron J. Levin, MD
*Source:* GlaxoSmithKline - 084
*Amount:* $111,678
*Term:* 2001-2003

**A Phase 4, Open, Randomized, Controlled, Comparative, Multicenter US Study of the Safety of GlaxoSmithKline's Combination Hepatitis A and Hepatitis B Vaccine (Twinrix®) Administered on a 0, 1, 6 Month Schedule by Intramuscular Injection Compared with Concurrently Administered Monovalent Vaccines (Havrix®) in Healthy Adults 18 Years of Age and Older**
*Principal Investigator:* Myron J. Levin, MD
*Source:* GlaxoSmithKline
*Amount:* $168,085
*Term:* 2001-2002

**A Randomized, Double-Blind, Placebo-Controlled Evaluation of Valacyclovir for Prevention of Herpes Simplex Virus Transmission in Heterosexual Couples**
*Principal Investigator:* Myron J. Levin, MD
*Source:* GlaxoSmithKline - GSK 009

*Amount:* $50,000
*Term:* 2001-2002

### Expansion of Pediatric AIDS Clinical Trials Unit
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Child Health and Human Development -
N01-HD-3-3162
*Amount:* $21,715/yr
*Term:* 1995-2001

### Expansion of Pediatric ACTU
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Childhood Diseases - U0132915-05
*Amount:* $4,156,500
*Term:* 1996-2007

### Demonstration Project to Improve Research and Care of HIV-Infected Children
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Elizabeth J. McFarland, MD
*Source:* Department of Health and Human Services, Health
Resources and Services Administration, Ryan White Title IV HIV
Program
*Amount:* $2,507,595
*Term:* 2001-2004

### Depression and Trial of Varicella Vaccine in the Elderly
*Principal Investigator:* Myron J. Levin, MD
*Source:* UCLA Medical Center
*Amount:* $388,001
*Term:* 2000-2004

### National Institute of Child Health and Human Development Pediatric and Perinatal HIV Clinical Trials
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Elizabeth J. McFarland, MD
*Source:* Westat, National Institute of Child Health and Human
Development - No1-HD-3-3162
*Amount:* $4,953,000
*Term:* 1996-2002

### Probe Study to Evaluate the Safety, Tolerability and Immunogenicity of a Process Upgrade Varicella-Zoster Vaccine as a Booster Dose in Previously Vaccinated Adults 60 Years of Age and Older
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Research Laboratories - 005 Booster
*Amount:* $132,000
*Term:* 1999-2004

### Ryan White Title IV HIV Program
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Child Health and Human Development -
5H 12 HA 00070-08
*Amount:* $30,400/yr
*Term:* 1995-2001

### Ryan White Title IV
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* Department of Health and Human Services, Health Resources and Services Administration - 2H 12 HA 00070-07
*Amount:* $2,348,000
*Term:* 2001-2004

### Trial of Varicella Vaccine for the Prevention of Herpes Zoster and its Complications (Protocol No. 403)
*Principal Investigator:* Myron J. Levin, MD
*Source:* National Institute of Allergy and Infectious Disease, Veterans Administration - VA CSP403
*Amount:* $1,532,185
*Term:* 1998-2004

### HIV Adherence Services Contract
*Principal Investigator:* Elizabeth J. McFarland, MD
*Source:* Colorado Department of Public Health and Environment
*Amount:* $32,000
*Term:* 1999-2002

### Mechanisms Leading to Decline of HIV-Specific CTL
*Principal Investigator:* Elizabeth J. McFarland, MD
*Source:* National Institutes of Health, National Institute of Allergy and Infectious Diseases - A1 45107
*Amount:* $659,007
*Term:* 1998-2001

### Children's Hospital Immunodeficiency Program, Ryan White Title I Formula Fund
*Principal Investigator:* Ann-Christine Nyquist, MD, MSPH
*Source:* Department of Health and Human Services, Health Resources and Services Administration, Ryan White Title I
*Amount:* $64,422
*Term:* 2001-2002

### Bile Duct Disease in CD154 Deficiency
*Principal Investigator:* Esther Ponnuraj, PhD
*Source:* March of Dimes Birth Defects Foundation - 6-FY99-427
*Amount:* $50,000/yr
*Term:* 2001-2002

### CD40-CD154 Interactions in Cryptosporidial Immunity
*Principal Investigator:* Esther Ponnuraj, PhD
*Source:* National Institutes of Health - R-21 A140870-04
*Amount:* $188,750
*Term:* 2001-2002

### CD40-CD154 Interactions in Cryptosporidial Immunity
*Principal Investigator:* Esther Ponnuraj, PhD
*Source:* National Institutes of Health - R-01- A140870-05
*Amount:* $673,622
*Term:* 2002-2005

### Respiratory Viral Infections in Filipino Children
*Principal Investigator:* Eric A. F. Simoes, MD
*Co-Investigator:* Adriana Weinberg, MD

*Source:* World Health Organization
*Amount:* $170,000
*Term:* 2001-2004

### Immunogenicity of Influenza Vaccine in Children with Rheumatologic Disorders
*Principal Investigator:* Jennifer Soep, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* Pediatric General Clinical Research Center
*Amount:* $10,000
*Term:* 2001-2003

### Pediatric Pharmacology Research Unit Network
*Principal Investigator:* Stanley J. Szefler, MD
*Co-Principal Investigators:* Harley A. Rotbart, MD, and Mark J. Abzug, MD
*Co-Investigator:* Joseph D. Spahn, MD
*Source:* National Institutes of Health, National Institute of Childhood Health and Disease - HD37237
*Amount:* $1,364,175
*Term:* 1999-2003

### Reovirus-Induced Apoptosis: Veterans Administration Research Enrichment Award Fellow Program - Roberta L. DeBiasi, MD
*Principal Investigator:* Kenneth L. Tyler, MD
*Source:* Veterans Administration
*Amount:* $50,000
*Term:* 1999-2001

### Cell-Mediated Immunity in Herpes Zoster Patients
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $48,000
*Term:* 2001-2004

### CMV Immune Reconstruction in AIDS Patients on HAART
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health - 2U01A38858 AACTG 360.06
*Amount:* $152,000
*Term:* 2002-2003

### CMV Immunology Laboratory
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health
*Amount:* $18,120
*Term:* 1998-2001

### Diagnosis of CMV Infection in Stem Cell Recipients
*Principal Investigator:* Adriana Weinberg, MD
*Source:* AmCell
*Amount:* $20,000
*Term:* 2002-2004

### Evaluation of Directigen EZ Flu A+B Kit
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Becton Dickinson
*Amount:* $10,000
*Term:* 2002-2003

### Flu OIA Evaluation
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Biostar
*Amount:* $48,000
*Term:* 1999-2001

### Flu OIA Evaluation
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Biostar
*Amount:* $10,000
*Term:* 2002-2003

### *In Vitro:* Sensitivity of HSV Isolates from Patients Treated with Topical Penciclovir
*Principal Investigator:* Adriana Weinberg, MD
*Source:* SmithKline Beecham
*Amount:* $112,430
*Term:* 1999-2001

### Kinetics of Cell-Mediated Immune Responses to PHN/Zoster Vaccine
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $46,626
*Term:* 2001-2004

### Manufacturing of VZV Antigen
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $280,000
*Term:* 1999-2004

### Natural History of CMV Infection in AIDS Patients on HAART: Quantitative CMV PCR
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health, National Institute of Allergy and Infectious Disease - U01A38858 AACTG 27360.03
*Amount:* $92,000
*Term:* 1999-2002

### PCR Diagnosis of Herpes Zoster
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $10,000
*Term:* 1999-2001

### PCR Diagnosis of Zoster
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $15,000
*Term:* 2001-2003

### Pediatric AIDS Clinical Trials Group Immunology Core Laboratory
*Principal Investigators:* Adriana Weinberg, MD, and Elizabeth J. McFarland, MD
*Source:* National Institute of Child Health and Human Development
*Amount:* $1,050,000

*Term:* 1997-2002

### PACTG
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Childhood Diseases - N01-HD-33162
*Amount:* $1,796,322
*Term:* 1997-2003

### Persistence of VZV Immunity in Elderly Recipients of the PHN/Zoster Vaccine
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $49,000
*Term:* 2001-2004

### Shingles Prevention Study
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Veterans Administration - CSP403
*Amount:* $960,642
*Term:* 2001-2004

### VZV ELISPOT Validation for Studies of VZV-Specific Cell-Mediated Immunity
*Principal Investigator:* Adriana Weinberg, MD
*Source:* Merck Research Laboratories
*Amount:* $224,125
*Term:* 2001-2004

### Epidemiology of Adult Glioma
*Principal Investigator:* Margaret Wrensch, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health - R01 CA52689
*Amount:* $8,000,863
*Term:* 2001-2006

### 1999-2000

### A Double-Blind, Placebo-Controlled, Virologic Efficacy Trial of Pleconaril in the Treatment of Infants with Enterovirus Meningitis
*Principal Investigator:* Mark J. Abzug, MD
*Source:* National Institutes of Health Collaborative Antiviral Study Group
*Amount:* Per patient enrolled
*Term:* May 1999-December 2001

### A Double-Blind, Placebo-Controlled, Virologic Efficacy Trial of Pleconaril in the Treatment of Neonates with Enterovirus Sepsis Syndrome
*Principal Investigator:* Mark J. Abzug, MD
*Source:* National Institutes of Health Collaborative Antiviral Study Group
*Amount:* Per patient enrolled
*Term:* May 1999-December 2001

### A Natural History Study of Neonates with Enteroviral Sepsis

Syndrome
*Principal Investigator:* Mark J. Abzug, MD
*Source:* Viropharma, Inc.
*Amount:* Per patient enrolled
*Term:* May 2000-December 2000

**A Double-Blind, Randomized, Placebo-Controlled Evaluation of Pleconaril in the Prevention of Otitis Media in Children with a History of Otitis Media Following Picornavirus Respiratory Tract Infections**
*Co-Principal Investigator:* Mark J. Abzug, MD
*Co-Investigator:* Candice Johnson, MD
*Source:* Viropharma, Inc.
*Amount:* $2,490
*Term:* September 1998-December 1999

**Randomized, Comparative, Dose-Ranging, Probe Study to Investigate the Safety and Immunogenicity of Heptavalent Pneumococcal Conjugate Vaccine with a New Formulation of Serotype 6B**
*Co-Principal Investigator:* Mark J. Abzug, MD
*Co-Investigator:* Candice E. Johnson, MD
*Source:* Merck Research Laboratories
*Amount:* $33,040
*Term:* January 1998-September 1999

**A Multicenter, Double Blind, Placebo Controlled Trial of Pleconaril in the Treatment of Enteroviral Meningitis in Children and Adolescents**
*Principal Investigator:* Mark J. Abzug, MD
*Source:* Viropharma, Inc.
*Amount:* $30,000
*Term:* May 1998-December 1999

**A Multicenter, Double-Blind, Placebo-Controlled Trial of Pleconaril in the Treatment of Enteroviral Meningitis in Adolescents and Adults**
*Principal Investigator:* Mark J. Abzug, MD
*Source:* Viropharma, Inc.
*Amount:* $12,000
*Term:* May 1998-December 1999

**A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Impact of Inhaled Zanamivir Treatment on Workplace Attendance and Healthcare Outcomes Due to Influenza A and B Infections**
*Principal Investigator:* Mark J. Abzug, MD
*Source:* Glaxo Wellcome, Inc.
*Amount:* $2,772
*Term:* January 1998-June 2000

**Open-Label, Multicenter Trial to Evaluate the Safety and Immunogenicity of a Fifth Consecutive Dose (Booster) of CERTIVA in Healthy Children**
*Principal Investigator:* Mark J. Abzug, MD
*Source:* North American Vaccine, Inc.
*Amount:* Per patient enrolled
*Term:* June 1998-December 2000

### Evaluation of Safety and Immunogenicity of Tripedia in Children 4 to 6 Years of Age Who Have Received 4 Doses of Tripedia

*Principal Investigator:* Mark J. Abzug, MD
*Source:* Pasteur Merieux Connaught
*Amount:* $15,840
*Term:* February 1998-December 2000

### A Non-Drug Study to Evaluate Pain Assessment Tools in Young Children 4-7 Years of Age with Viral Meningitis

*Principal Investigator:* Mark J. Abzug, MD
*Source:* Viropharma, Inc.
*Amount:* Per patient enrolled
*Term:* August 1999-December 2000

### Pathogenesis of Chronic Sinusitis in Children

*Principal Investigator:* Kenny Chan, MD
*Co-Investigator:* Mark J. Abzug, MD
*Source:* General Pediatric Clinical Research Center
*Amount:* $13,740
*Term:* August 1998-February 1999

### Immunologic Aspects of Pathogenesis of Chronic Sinusitis in Children: A 6-Month Pilot Study

*Principal Investigator:* Kenny Chan, MD
*Co-Investigator:* Mark J. Abzug, MD
*Source:* The Children's Hospital Research Institute and General Pediatric Clinical Research Center
*Amount:* $28,590
*Term:* October 1999-September 2000

### Safety and Efficacy of Valacyclovir in Immunocompromised Children with Herpes Zoster Infection, Multicenter Study

*Principal Investigator:* Marsha S. Anderson, MD
*Source:* Colorado Department of Health
*Amount:* Per patient enrolled
*Term:* 1999-2000

### Investigation of the Mechanism of Cell Signaling in Neutrophils

*Principal Investigator:* Marsha S. Anderson, MD
*Source:* The Children's Hospital Research Institute
*Amount:* $70,000
*Term:* 1999

### Infectious Diseases Society of American Young Investigator Award

*Principal Investigator:* Roberta L. DeBiasi, MD
*Source:* Ortho-McNeil Pharmaceuticals
*Amount:* $80,000
*Term:* July 2000-July 2002

### Reovirus-Induced Apoptosis: Veterans Administration Research Enrichment Award Fellow Program - Roberta L. DeBiasi, MD

*Principal Investigator:* Kenneth L. Tyler, MD
*Source:* Veterans Administration
*Amount:* $50,000
*Term:* July 1999-July 2001

### Pertussis Vaccine Effectiveness Study Among Children Aged 6 to 59 Months
*Principal Investigator:* Mary P. Glodé, MD
*Source:* Centers for Disease Control and Prevention
*Amount:* $148,320
*Term:* 1998-2001

### Demonstration Project to Improve Research and Care of HIV-Infected Children
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Elizabeth J. McFarland, MD
*Source:* Health Resources and Services Administration, Ryan White Title IV HIV Program
*Amount:* $1,390,897
*Term:* August 1995-July 2001

### Assessment of the Ability of the Live Attenuated Oka/Merck Varicella Vaccine Made in the New Production Facility to Boost Immunity to Varicella in Adults 55 Years of Age and Older
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Sharp and Dohme Research Laboratories
*Amount:* $180,000
*Term:* November 1996-October 1999

### Pilot Dose-Ranging Study to Assess the Safety and Tolerability of Live, Attenuated Oka/Merck Varicella-Zoster Vaccine in Healthy, Seropositive Adults 60 Years of Age and Older
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Sharp and Dohme Research Laboratories
*Amount:* $107,644
*Term:* November 1996-October 1999

### Pilot Study to Assess the Ability of the Oka/Merck Varicella Vaccine to Boost Immunity to Varicella in Adults 55 Years of Age and Older. Additional Dose of Varicella to Boost CMI
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Sharp and Dohme Research Laboratories
*Amount:* $138,150
*Term:* November 1996-October 1999

### Dose Response Study Comparing Varying Dosage Levels of Process Upgrade Varicella Vaccine (PUVV) in Concomitant Use with M-M-R$^{TM}$II in Healthy Children
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Sharp and Dohme Research Laboratories
*Amount:* $52,700
*Term:* September 1998-February 1999

### A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy of SmithKline Beecham Biologicals' Herpes Simplex Candidate Vaccine (gD2t) with MPL and its Efficacy to Prevent Genital Herpes Disease in Healthy HSV Positive or Negative Consorts of Subjects with Genital Herpes Disease
*Principal Investigator:* Myron J. Levin, MD
*Source:* SmithKline Beecham Biologicals
*Amount:* $96,000

*Term:* July 1996-June 1999

### A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy of SmithKline Beecham Biologicals' Herpes Simplex Candidate Vaccine (gD2t) with MPL to Prevent Genital Herpes Disease in Healthy Consorts of Subjects with Genital Herpes Disease

*Principal Investigator:* Myron J. Levin, MD
*Source:* SmithKline Beecham Biologicals
*Amount:* $143,098
*Term:* July 1996-June 1999

### A Randomized, Double-Blind, Placebo-Controlled, Dose-Escalating, Pilot Study to Assess the Safety of Live, Attenuated Varicella-Zoster Vaccine Given Concomitantly with Recombinant Human Interleukin-12 (rhIL-12) in Healthy Adults 60 to 79 Years of Age

*Principal Investigator:* Myron J. Levin, MD
*Source:* Genetics Institute
*Amount:* $96,000
*Term:* April 1998-March 1999

### An Open Study in Healthy Subjects Who Experience Frequent Episodes of Herpes Labialis to Investigate Whether Repeated Treatment with Penciclovir Cream Leads to the Selection of Virus with Reduced Susceptibility to Penciclovir

*Principal Investigator:* Myron J. Levin, MD
*Source:* SmithKline Beecham Biologicals
*Amount:* $177,912
*Term:* October 1998-September 1999

### A Double-Blind, Randomized, Placebo-Controlled Study of RO-64-0796 in the Treatment of Children with Influenza (Protocol No. WV 15758)

*Principal Investigator:* Myron J. Levin, MD
*Source:* Roche Pharmaceutical Research
*Amount:* $49,670
*Term:* October 1998-September 1999

### Pilot Study of the Safety, Tolerability and Immunogenicity of a Live Attenuated Varicella Vaccine (VARIVAX[TM]) in Asthmatic Subjects 12 Months to 18 Years of Age Who Are Receiving Chronic Inhaled Corticosteroids

*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Sharp and Dohme Research Laboratories
*Amount:* $202,900
*Term:* October 1998-September 1999

### National Institute of Child Health and Human Development Pediatric and Perinatal HIV Clinical Trials

*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Elizabeth J. McFarland, MD
*Source:* Westat National Institute of Child and Human Development - N01-HD-3-3162
*Amount:* $3,138,000
*Term:* September 1996-October 2000

### Trial of Varicella Vaccine for the Prevention of Herpes Zoster

**and its Complications (Protocol No. 403)**
*Principal Investigator:* Myron J. Levin, MD
*Source:* National Institute of Allergy and Infectious Disease,
Veterans Administration
*Amount:* $1,532,185
*Term:* December 1998-December 2004

**A Randomized, Double-Blind, Placebo-Controlled, Dose-Escalating, Pilot Study to Assess the Safety of Live, Attenuated Varicella-Zoster Vaccine Given Concomitantly with Recombinant Human Interleukin-12 (rhIL-12) in Healthy Adults 60 to 79 Years of Age**
*Principal Investigator:* Myron J. Levin, MD
*Source:* Genetics Institute
*Amount:* $96,000
*Term:* April 1998-March 1999

**Phase II Dose Comparison Study to Evaluate the Safety and Immunogenicity of MEDI-517 and Phase I Study to Evaluate the Safety and Immunogenicity of MEDI-517 in Healthy Adults Who Are HPV-16 or HPV-18 DNA Positive**
*Principal Investigator:* Myron J. Levin, MD
*Source:* MedImmune, Inc.
*Amount:* $157,047
*Term:* November 1999-October 2000

**Study of Immunogenicity of Pilot Manufacturing Material of HPV 16 Virus-Like Particles (VLP) Vaccine in 18-25 Year Old Women**
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Sharp and Dohme Research Laboratories
*Amount:* $94,320
*Term:* October 1998-September 2000

**Pilot Study of the Safety, Tolerability and Immunogenicity of a Live Attenuated Varicella Vaccine (VARIVAX[TM]) in Asthmatic Subjects 12 Months to 18 Years of Age Who Are Receiving Chronic Inhaled Corticosteroids**
*Principal Investigator:* Myron J. Levin, MD
*Source:* Merck Sharp and Dohme Research Laboratories
*Amount:* $202,900
*Term:* September 1999-October 2000

**A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy of SmithKline Beecham Biologicals' Herpes Simplex candidate vaccine (gD2t) with MPL and its Efficacy to Prevent Genital Herpes Disease in Healthy HSV Positive or Negative Consorts of Subjects with Genital Herpes Disease (Protocol No. 017)**
*Principal Investigator:* Myron J. Levin, MD
*Source:* SmithKline Beecham Biologicals
*Amount:* $96,000
*Term:* July 1996-June 1999

**A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy of SmithKline Beecham Biologicals' Herpes Simplex candidate vaccine (gD2t) with MPL to Prevent Genital Herpes Disease in Healthy Consorts of Subjects with**

### Genital Herpes Disease (Protocol No. 007)
*Principal Investigator:* Myron J. Levin, MD
*Source:* SmithKline Beecham Biologicals
*Amount:* $143,098
*Term:* July 1996-June 1999


### Ryan White Title IV HIV Program
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Child Health and Human Development
*Amount:* $30,400/yr
*Term:* August 1995-July 2001


### Expansion of Pediatric AIDS Clinical Trials Unit
*Principal Investigator:* Myron J. Levin, MD
*Co-Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Child Health and Human Development
*Amount:* $21,715/yr
*Term:* November 1995-October 2001


### Ryan White Title I Funds for HIV Care
*Principal Investigator:* Elizabeth J. McFarland, MD
*Source:* Mayor's Office of HIV Resources
*Amount:* $35,500
*Term:* March 1998-February 1999


### V-beta Repertoire Assay Development
*Principal Investigator:* Elizabeth J. McFarland, MD
*Source:* Social and Scientific Systems, Inc.
*Amount:* $25,000
*Term:* April 1998-April 1999


### Mechanisms Leading to Decline of HIV-Specific CTL
*Principal Investigator:* Elizabeth J. McFarland, MD
*Source:* National Institutes of Health, National Institute of Allergy and Infectious Diseases
*Amount:* $659,007
*Term:* August 1998-July 2001


### Children's Hospital Immunodeficiency Program, Ryan White Title I Formula Fund
*Principal Investigator:* Ann-Christine Nyquist, MD, MSPH
*Source:* Health Resources and Services Administration, Ryan White Title I
*Amount:* $3,763
*Term:* March 1998-February 1999


### Children's Hospital Immunodeficiency Program, Ryan White Title I Formula Fund
*Principal Investigator:* Ann-Christine Nyquist, MD, MSPH
*Source:* Health Resources and Services Administration, Ryan White Title I
*Amount:* $46,450
*Term:* March 2000-March 2001


### CHIP Youth Project
*Principal Investigator:* Ann-Christine Nyquist, MD, MSPH
*Source:* Gill Foundation
*Amount:* $18,500

*Term:* January 1998-January 1999

### Natural History of Pre-Diabetic Autoimmunity - Lab
*Principal Investigator:* Harley A. Rotbart, MD
*Source:* National Institutes of Health
*Amount:* $15,000
*Term:* 1998-1999

### Enterovirus Research
*Principal Investigator:* Harley A. Rotbart, MD
*Source:* ViroPharma Research
*Amount:* $73,000
*Term:* 1998-1999

### Enterovirus Research
*Co-Principal Investigator:* Harley A. Rotbart, MD
*Source:* Pharmacia and Upjohn
*Amount:* $55,000
*Term:* 1998-1999

### Enterovirus Research
*Principal Investigator:* Harley A. Rotbart, MD
*Source:* Specialty Laboratories
*Amount:* $24,000
*Term:* 1998-1999

### Enterovirus Research
*Principal Investigator:* Harley A. Rotbart, MD
*Source:* The Children's Hospital, Denver
*Amount:* $25,000
*Term:* 1998-1999

### Pediatric Pharmacology Research Unit Network
*Principal Investigator:* Stanley J. Szefler, MD
*Co-Principal Investigators:* Harley A. Rotbart, MD, and Mark J. Abzug, MD
*Source:* National Institutes of Health
*Amount:* $1,364,175
*Term:* January 1999-December 2003

### Pediatric AIDS Clinical Trials Group CMV Laboratory
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Allergy and Infectious Disease
*Amount:* $37,500/yr
*Term:* 1997-2000

### Pediatric AIDS Clinical Trials Group Immunology Core Laboratory
*Principal Investigators:* Adriana Weinberg, MD, and Elizabeth J. McFarland, MD
*Source:* National Institute of Child Health and Human Development
*Amount:* $350,000/yr
*Term:* 1997-2001

### Pediatric AIDS Clinical Trials Group CMV Immunity Laboratory
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Allergy and Infectious Disease
*Amount:* $18,120
*Term:* 1998-2000

### Topical Treatment of HSV
*Principal Investigator:* Adriana Weinberg, MD
*Source:* SmithKline Beacham
*Amount:* $450,000
*Term:* 1999-2001

### Varicella Zoster Immunity in AIDS
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institutes of Health
*Amount:* $29,000
*Term:* 1998-2000

### Quantitative CMV PCR
*Principal Investigator:* Adriana Weinberg, MD
*Source:* National Institute of Allergy and Infectious Disease
*Amount:* $92,000
*Term:* 1999-2002

**Top of Page**

The Children's Hospital                                    Search
                                                      UCHSC/TCH
University of Colorado Health Sciences Center     About this Site

Copyright 2001     Legal Notices     Last modified: 11-14-2005     Mail Webmaster