# Thimerosal and Autism: Understanding the Controversy

Sarah K. Parker, M.D.
Assistant Professor
Pediatric Infectious Diseases
The Children's Hospital, Denver

# Thimerosal and autism: understanding the controversy




http://www.mothering.com/


http://thinktwice.com/vad.htm

**Google vaccines and autism: 165K hits**

# Autism epidemiology

- **Rates higher than 25 years ago**
  - Atlanta 4/1000
  - Brick township 7/1000 (Pockets?)
- **Diagnostic criteria expanded: 1980, 1984, 1994**
- **improved identification/reporting**
- **Average age diagnosis is 3-6 yrs**
- **Average age 1st concern 18-24 mos**
  - Vaccine schedule: 2, 4, 6, 12, 15 mos

# Two sources of controversy

- **MMR**
- **Thimerosal - 50% ethylHg**
  - DTP 1940, DTaP 1991 (2, 4, 6, 15)
  - Hepatitis B 1986 (birth, 2, 6)
  - HIB available 1987 (2, 4, 6, 12)
  - Influenza 1945 (6 months and Q yr)

# Mercury background

- **Mercury**
  - Organic (methyl and ethyl) ⟶ microbes
  - Inorganic (mercuric)
  - Elemental (quicksilver)
- **Mercury is globally cycled**
- **Can of tuna 28mcg methyl Hg**
- **Known neurotoxin**

1

## Mercury background

- **Toxic level?: "normal"= 5-20mcg/L**
  - Mad as a hatter: 500mcg/L air
  - To growing fetus (cord blood):
    - 216mcg/L Minimata disease
    - 58 mcg/L subtle neurologic changes?
  - <u>Post-natal</u> subtle CNS disease: ? level????

## Mercury background

- **1997 new EPA MethylHg guideline**
  - Set to avoid toxicity to fetus
  - Oral ingestion of methylHg
  - Assumes daily ingestion months
  - Half life of methylHg of 50days
  - 10 fold safety factor
- **EPA sets at 0.1mcg/kg/day**
- **FDA guideline is 0.4mcg/kg/day**
- **1998 FDA reviews medical Hg use**

## Thimerosal background

- **Thimerosal:**
  - preservative since 1930's
  - 50% ethylmercury
- **Vaccines 12.5-25 mcg ethylmercury**
- **Child receiving all possible Hg IMZs:**
  - @ 6mos: 200 mcg (EPA 65-106mcg)
  - @ 2 years: 275 mcg
- **1999 AAP and FDA send letter to manufacturers**

## Thimerosal background

- **2001 Hg removed from <u>US</u> vaccines**
  - Except multidose influenza, tetanus booster



- **Still used in developing countries**
  - Preservative in multidose vials
  - Without preservative need:
    - single dose vials
    - cold chain

## Ethyl mercury: human PK

- **Human infant data: pilot studies**
  - Stajich et al, 2000
    - 15 premature and 5 term infants
    - 72 hrs post 1st hep B (12.5mcg) levels
    - Premature mean 7.4 mcg/L, term 2.2
    - 1 infant <1000g 24mcg
  - Pichichero et al, 2002:
    - 40 2-6 month olds
      – level checked at 3-28 days
    - No "abnormal" levels (6, range 3-20)
    - Half-life closer to 7 days (methyl =50)

 

## Thimerosal and autism: does epidemiology support causation?

### How to test this hypothesis?

- **Double blind randomized placebo controlled trial (0)**
  - What sample size needed (p=.05, power .8)?
    - Increase from 3/1000 to 4/1000: > 100K
    - Increase of 1/million: > 1 billion
- **Retrospective cohort study**
  - VAERS database (3)
  - Gradation of thimerosal exposure (4)
- **Ecological study**
  - Track change in incidence as use of thimerosal changes (6)

### VAERS database cohort studies

§ **Geier MR, Geier DA.** Neurodevelopmental disorders after thimerosal-containing vaccines: a brief communication. Exp Biol Med (Maywood) 2003;228(6):660-664.

§ **Geier DA, Geier MR.** Thimerosal in childhood vaccines, neurodevelopmental disorders, and heart disease in the United States. Journal of American Physicians and Surgeons 2003;8:6-11.

§ **Geier DA, Geier MR.** An assessment of the impact of thimerosal on childhood neurodevelopmental disorders. Pediatr Rehabil 2003;6(2):97-102.

### Geier papers: cohort data

- **VAERS database**
  - Thimerosal exposed 1992-2000
  - No thimerosal 1997-2000
  - Extracted diagnoses of:
    - Autism, speech disorder, mental retardation, heart arrest
    - Control example: fever
- **Vaccines administered in US by manufacturer per CDC**

### Geier papers: results/conclusions

- **Autism (8 vs 1, RR6), speech disorder (26 vs 4, RR2.2), mental retardation (37 vs 2, RR6), heart arrest (RR4)**
- **All statistically significant (p<.05, no CI given)**
- **Children receiving additional 75mcg at added risk**

### Geier papers: conclusions

- **Data points follow exponential distribution**
- **OR of autism increased by .012 per mcg of mercury**



Geier DA, Geier MR. JAPS 2003;8:6-11.

---

Cases (exposed and not exposed)
Not cases (exposed and not exposed)

- **Denominator**
  - Is distributed doses, not administered
  - Multidose schedule-- # of children?
  - How calculated 37.5 vs 87.5 mcg?
  - Not all cases captured

---

**Cases (exposed and not exposed)**
**Not cases (exposed and not exposed)**

- VAERS database
  - Passive reporting
  - Underreporting and incomplete reporting
  - Media bias
- Thimerosal exposure not known
- Diagnoses not validated
  - Diagnostic overlap
  - Autism young (1.7+/- 1.1)
- If one child misclassified or not reported, OR becomes insignificant

---

## Other cohort studies

§ **Verstraeten T**, Davis RL, DeStefano F, Lieu TA, Rhodes PH, Black SB, et al. Safety of thimerosal-containing vaccines: a two-phased study of computerized health maintenance organization databases. Pediatrics 2003;112(5):1039-1048.

§ **Hviid A**, Stellfeld M, Wohlfahrt J, Melbye M. Association between thimerosal-containing vaccine and autism. JAMA 2003;290(13):1763-1766.

§ **Andrews N**, Miller E, Grant A, Stowe J, Osborne V, Taylor B. Thimerosal exposure in infants and developmental disorders: a retrospective cohort study in the United Kingdom does not support a causal association. 2004.

§ **Heron J**, Golding J, ALSPAC study team. Thiomersal exposure in infants and developmental disorders: a prospective cohort study does not support a causal association. 2004.

---

## Cohort studies (4)

- Verstraeten: USA, VSD database
  - 140,887 in 3 HMOs
  - Evaluated speech delay, tics, ADD
  - Autism only at HMO B: no association (.96, .62-1.46)
  - Associations found were not consistent
    - HMO A: thim @ 3 mos and ticks
      – (1.89, 1.05-3.38)
    - HMO B: thim @ 3 mos and SD
      – (1.87, 1.08-3.23)

---

## Cohort studies, cont

- Andrews: UK, GPRD
  - 100,572 children
  - Hazards ratio to Hg exposure
  - Association with tics (1.3, 1.06-1.69)
- Heron: UK, ALSPAC
  - Data: prospective development survey
  - 12,810 children/parent pairs
  - Association: prosocial behavior
- Negative associations also found

---

## Cohort example:

- Hviid: Denmark, Ntl registries
  - 467,450 children, 1.9 million person-years
  - Thimerosal discontinued 1992
    - 125 mcg
  - Children born 1990-96 linked to vaccine and psych registry
- Results:
  - Risk ratio for autism 0.85 (0.6-1.2)
- Other NDDs not investigated

---

## Cohort studies: problems

- Diagnostic accuracy
  - Verstraeten: ADD 28%, autism 92%
  - Andrews: 90% of ticks "transient"
- Thimerosal doses/schedules differ
  - UK 75, Denmark 125, USA 275 mcgHg
- Limitations of cohort study
  - Used best to quantify risk, not to prove its absence

4

## Ecological studies supporting association

§ **Geier DA, Geier MR**. Thimerosal in childhood vaccines, neurodevelopmental disorders, and heart disease in the United States. Journal of American Physicians and Surgeons 2003;8:6-11.

§ **Geier DA, Geier MR**. An assessment of the impact of thimerosal on childhood neurodevelopmental disorders. Pediatr Rehabil 2003;6(2):97-102.

§ **Geier DA, Geier MR**. A comparative evaluation of the effects of MMR immunization and mercury doses from thimerosal-containing childhood vaccines on the population prevalence of autism. Med Sci Monit 2004;10(3):P133-P139.

---

- Autism prevalence: children enrolled in USDE/# in birth cohort
  - USDE with autism: age 16 = 3.8K, age 6 = 11K
- Mercury dose: mcg Hg distributed in vaccines/ # in birth cohort
  - Calculated total Hg dose: 131-291mcg per child
  - Max in 1st 2 years is 275mcg; in 1st year is 200mcg



Geier DA, Geier MR.  Med Sci Monit 2004;10(3):133-39

---

## Ecological studies against an association

§ **Stehr-Green P**, Tull P, Stellfeld M, Mortenson PB, Simpson D. Autism and thimerosal-containing vaccines: lack of consistent evidence for an association. Am J Prev Med 2003;25(2):101-106.

§ **Madsen K**, Lauritsen M, Pedersen C, Thorsen P, Plesner A, Andersen P, et al. Thimerosal and the occurrence of autism? Negative ecological evidence from Danish population-based data. Pediatrics 2003;112(3):604-606.

---

## Ecological data

Denmark     Sweden



Madsen et al, Peds 2003     Stehr-Green et al, AJPM 2003

- Thimerosal discontinued 1992
- Health system records excellent

---

## Conclusions

- Half-life of ethylHg likely shorter than methylHg
- Hg blood levels post vaccination are not in known toxic range
- Well designed epidemiologic studies do not support an association between thimerosal and autism

---

## Conclusions

- Consistency between well designed studies lends strength to their individual conclusions
- Thimerosal need not be removed in countries of current use
- Autism is increasing; research dollars should be directed toward areas of more promise

### A word about cohort studies

- "Epidemiology cannot exclude a rare event" can be twisted into "1/million risk"

- For parents, 1/million is too much for an act of commission, especially when the diseases are perceived as "gone"

### Practical advice

- Clarify that risk is not 1/million; we have no good reason to believe that thimerosal causes autism
- Dispel myths that:
  - VPDs diseases are gone
  - VPDs are harmless
  - herd immunity is enough
  - alternate schedule is as protective or safe

### Thank You.



6