IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER | ) |
| | ) Case No. 1:05CV01749 |
| Plaintiffs, | )  Judge Thomas F. Hogan |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et. al. | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO REPLY
TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

With Plaintiffs' consent, Defendants Todd and Parker hereby move that the Court grant an additional seven (7) days for Defendants to Reply to Plaintiffs' Opposition to their Motion to Dismiss for Lack of Personal Jurisdiction. Under this revised schedule, Defendants Todd and Parker will file their Reply on January 17, 2006. In further support of Defendants' Motion, Defendants refer this court to the attached Memorandum of Points and Authorities.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN &
MELLOTT, LLC**

*Erica H. Perkins*
Edward J. Longosz, II  #368932
Erica Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006

Patrick T. O'Rourke
Managing Associate University Counsel
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO 80204
303-556-4339
FACSIMILE: 303-825-7630
Patrick.Orourke@cudenver.edu
*Attorney for Defendants Parker and Todd*

## CERTIFICATE OF GOOD FAITH

I hereby certify that pursuant to LCvR 7 that prior to filing this Motion, I conferred with plaintiffs' counsel and obtained the consent of counsel to this Motion.

*Erica H. Perkins*
Erica H. Perkins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion For Extension of Time to Reply** was served electronically and sent by first-class postage pre-paid mail, this 9th day of January 2006.

>James A. Moody, Esquire
>The Cullen Law Firm, P.L.L.C.
>1101 30th Street, N.W., Suite 300
>Washington, D.C. 20007
>
>Joseph A. Hennessey, Esquire
>7315 Wisconsin Avenue, Suite 700
>Bethesda, MD  20814
>
>Alan Burch, Esquire
>U.S. Attorney's Office
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>
>Jay Ward Brown, Esquire
>Adam J. Rappaport, Esquire
>Levine Sullivan Koch & Schultz, LLP
>1050 17th Street, N.W., Suite 800
>Washington, D.C. 20036
>
>
>*Erica H. Perkins*
>Erica H. Perkins

3