IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER and DAVID GEIER )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>  SERVICES, et. al. )<br>  )<br>  Defendants. ) | Case No. 1:05CV01749<br>Judge Thomas F. Hogan |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS'FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 7 (a), Defendants provide the following Memorandum of Points and Authorities in Support of their Motion for Extension of Time to Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

- Due to unforeseen events, Defendants Todd and Parker realized they would be unable to timely file a Reply to Plaintiffs' Opposition to their Motion to Dismiss.

- As such, Defendants, prior to the filing deadline, sought permission of Plaintiffs to have a seven (7) day extension within which to file their Reply.

- Plaintiffs have agreed to the seven (7) day extension.

- There is no prejudice to any parties in granting this extension.

- Under the revised schedule, Todd and Parker will file their Reply on January 17, 2006.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*Erica H. Perkins*
Edward J. Longosz, II  #368932
Erica Perkins #484162
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006

Patrick T. O'Rourke
Managing Associate University Counsel
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO 80204
303-556-4339
FACSIMILE:  303-825-7630
Patrick.Orourke@cudenver.edu
*Attorneys for Defendants Parker and Todd*

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing **Memorandum of Points and Authorities in Support of Defendants' Consent Motion For Extension of Time to Reply** was served electronically and sent by first-class postage pre-paid mail, this 9th day of January 2006.

> James A. Moody, Esquire
> The Cullen Law Firm, P.L.L.C.
> 1101 30th Street, N.W., Suite 300
> Washington, D.C. 20007
>
> Joseph A. Hennessey, Esquire
> 7315 Wisconsin Avenue, Suite 700
> Bethesda, MD 20814
>
> Alan Burch, Esquire
> U.S. Attorney's Office
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
>
> Jay Ward Brown, Esquire
> Adam J. Rappaport, Esquire
> Levine Sullivan Koch & Schultz, LLP
> 1050 17th Street, N.W., Suite 800
> Washington, D.C. 20036

                                        *Erica H. Perkins*
                                        Erica H. Perkins