UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Geier and Mark Geier<br><br>*Plaintiffs*,<br><br>vs.<br><br>Department of Health and Human Services et. al.<br><br>*Defendants*. | Plaintiffs' Second Consent Motion to Extend Until January 20, 2006 The Filing of Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment<br><br>and<br><br>Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 20, 2006.<br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

With the consent of Defendant American Academy of Pediatrics ("AAP"), Plaintiffs' hereby move that the Court grant a second extension until January 20, 2006 for Plaintiffs to file an Opposition to the Motion to Dismiss/Motion for Summary Judgment filed by The American Academy of Pediatrics ("AAP"). This second extension is necessary due to the death of Elizabeth Birt, a life-long friend of Plaintiffs' counsel James A. Moody, and the inability of Plaintiffs counsel to complete the opposition brief in the wake of this tragedy. In addition, lead counsel for defendant AAP will be out of the country from January 16 through February 1, 2006. If the Court grants Plaintiffs' requested extension, then AAP requests, with

Plaintiffs' consent, that it be granted an extension until February 20, 2006 to file its reply, if one is warranted.

Respectfully submitted this Tuesday, January 10, 2006.

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007
*Lead Attorney*


*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, Joseph Hennessey certify that on Tuesday, January 10, 2006, a copy of Plaintiffs' Second Consent Motion to Extend Until January 20, 2006 Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment, and Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 20, 2006 was served by via the Electronic Filing System of the United States District Court for the District of Columbia on the below listed parties:

**Jay Ward Brown, Esq.**
**Adam J. Rappaport, Esq.**
Levine Sullivan Koch & Schultz, LLP
1050 Seventeenth Street, NW, Suite 800
Washington, DC  20036

**Alan Burch, Esq.**
55 Fourth Street, NW
Washington, DC  2-530

**Erica H. Perkins, Esq.**

**Edward J. Longosz, Esq.**
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC  20006

**Patrick T. O'Rouke, Esq.**
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO  80204

                                              Joseph Hennessey
                                              P.O. Box 31256
                                Bethesda, MD  20824-1256

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Geier and Mark Geier<br><br>   *Plaintiffs*,<br><br> vs.<br><br>Department of Health and Human Services et. al.<br><br>   *Defendants*. | Statement of Points and Authorities in Support of Plaintiffs' Second Consent Motion to Extend Until January 12, 2006 The Filing of Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment<br><br>and<br><br>Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 10, 2006.<br><br>Case No. 1:05CV01749<br><br>Judge Thomas F. Hogan |

  Pursuant to Local Rule 7(a), Plaintiffs provide the following Statement of Points and Authorities in Support of Plaintiffs' Second Consent Motion to Extend Until January 20, 2006 the Filing of Plaintiffs' Opposition to American Academy of Pediatrics Motion to Dismiss/Motion for Summary Judgment, and Plaintiffs' Consent to American Academy of Pediatrics Filing Its Reply to Plaintiffs' Opposition on February 20, 2006.

▪ On December 28, 2005, Elizabeth ("Liz") Birt was killed in a car crash in the State of Colorado.[1]  Members of Liz's family were critically injured in this same accident.

- Liz Birt was a life-long friend of James A. Moody.
- Plaintiffs' counsel, Joseph Hennessey, has been unable to make contact with James Moody since the tragic accident.
- Mr. Moody's input is critical in order for Plaintiffs' to adequately respond to AAP's Motion to Dismiss/Motion for Summary Judgment.
- AAP consents to the extension of time.
- In addition, lead counsel for defendant AAP will be out of the country from January 16 through February 1, 2006.
- There will be no prejudice caused by the extension of time needed for Plaintiffs' counsel to meet and confer regarding the filing of the opposition brief.

Respectfully submitted this Tuesday, January 10, 2006.

*[signature]*

Joseph Hennessey
P.O. Box 31256
Bethesda, MD  20824-1256
(301) 654-0341
(240) 465-3084 (fax)

James A. Moody, Esq.
1130 30th Street, NW, Suite 300
Washington, DC  20007
*LEAD ATTORNEY*

*Attorneys for Plaintiffs*

---

[1] *See* http://www.nationalautismassociation.org/liz/liz.htm

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Geier and Mark Geier<br><br>    *Plaintiffs*,<br><br>    vs.<br><br>Department of Health and Human Services, et al.<br><br>    *Defendants*. | Case No. 1:05CV01749 |

**ORDER**

Plaintiffs having filed a consent motion to extend until January 20, 2006 for Plaintiffs to file their Opposition to The American Academy of Pediatric's Motion to Dismiss/Motion for Summary Judgment; and Plaintiffs having consented to The American Academy of Pediatric's filing its Reply to Plaintiffs' Opposition on February 20, 2006; and the Court finding good cause shown, the Court hereby

**ORDERS** that Plaintiffs' Opposition to The American Academy of Pediatric's Motion to Dismiss/Motion for Summary Judgment shall be filed on or before January 20, 2006, and The American Academy of Pediatric's Reply to Plaintiffs Opposition shall be filed on or before February 20, 2006.  Done this \_\_\_\_\_ day of _____, 2005.

_____
Judge, United States District Court