UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 14 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

DR. MARK GEIER, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

Defendants.

Civ. No. 05-1749 (TFH)

## ORDER

Upon consideration of American Academy of Pediatrics' Motion to Dismiss and/or for Summary Judgment [# 17], and no opposition having been timely filed by the plaintiffs, it is hereby

**ORDERED** that the motion is granted. This case shall be dismissed with prejudice as to American Academy of Pediatrics.

**SO ORDERED.**

March 10, 2006

Thomas F. Hogan
Chief Judge