UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

David Geier And Mark Geier

    *Plaintiffs*,

vs.

Department of Health and Human Services et al.

    *Defendants*.

**ORDER**

Plaintiffs having filed a motion for an emergency stay of all proceedings in the above-captioned matter and a suspension of the briefing calendar to enable them to identify and retain new lead counsel; and the Court finding good cause shown; it is hereby

**ORDERED** that a stay be entered in the above-captioned matter; and it is further

**ORDERED** that Plaintiffs have fourteen (14) days from the entry of this order to identify new lead counsel; and it is further

**ORDERED** that such new lead counsel must enter his or her appearance as lead counsel to Plaintiffs in this matter within sixteen (16) days of the date of this order; and it is further

**ORDERED** that as soon as is practicable following the entry of appearance of said new lead counsel that the parties meet and confer regarding a revised briefing schedule and that such a revised briefing schedule be presented to this Court within twenty-one (21) days of the entry of this Order.

_____
Judge
United States District Court for the
District of Columbia