IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MARK GEIER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1749 (TFH) |
| ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' CERTIFICATE OF SERVICE
OF THEIR RESPONSE TO PLAINTIFFS' MOTION
FOR AN EMERGENCY STAY OF FURTHER PROCEEDINGS**

I certify that I caused a copy of Federal Defendants' Response to Plaintiffs' Motion for an Emergency Stay of Further Proceedings, docket entry no. [31] to be served by first class mail on:

James A. Moody
The Cullen Law Firm, PLLC
1101 30th Street, NW
Suite 300
Washington, DC 20007

Patrick T. O'Rourke
Managing Associate University Counsel
University of Colorado
1380 Lawrence Street
Suite 1325
Denver, CO 80204

on this 20th day of March, 2006.

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov