UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DR. MARK GEIER,** *et al.*,

　Plaintiffs,

v.                                                              Civ. No. 05-1749 (TFH)

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*,

　Defendants.

## ORDER

Upon consideration of the Motion [for] an Emergency Stay of Further Proceedings to Enable Plaintiffs to Identify and Retain New Lead Counsel [#30], and the parties responses thereto, it is hereby

**ORDERED** that the motion is **GRANTED**. Accordingly, with the exception of pending motions that have been fully briefed and are ripe for adjudication, all other matters are stayed until Monday, April 10, 2006, to allow the plaintiffs time to retain new counsel.

**SO ORDERED.**

March 29, 2006                                            /s/
　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　Chief Judge