UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER** et al., <br>     *Plaintiffs*, <br> vs. <br><br> **Department of Health and Human Services** et al. <br>     *Defendants*. | Plaintiffs' Motion to Amend the Docket to Delete Erroneously Filed Papers. <br><br> Case No. 1:05CV01749 <br><br> Judge Thomas Hogan |

    Plaintiffs respectfully request that that electronic docket be amended to omit erroneously filed documents. Specifically, erroneously attached to Plaintiffs' Motion to Dismiss Without Prejudice was a document captioned "Memorandum of Points and Authorities in Support of Plaintiffs' Third Motion for an Enlargement of Time to File an Opposition to the American Academy of Pediatrics' Motion to Dismiss/Motion for Summary Judgment." This document should be removed from Docket No. 36. Attached are the documents that should be included in Docket No. 36 – the same documents that are there now save for the erroneously filed document described above.

Joseph Hennessey, Esq.
Newman, McIntosh & Hennessey
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814
(301) 654-3400
*Interim Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Joseph Hennessey, certify that on Wednesday, April 19, 2006, a copy of Plaintiffs' Plaintiffs' Motion to Amend the Docket to Delete Erroneously Filed Papers was served by the Electronic Filing Process of the United States District Court for the District of Columbia.

**Jay Ward Brown, Esq.**
**Adam J. Rappaport, Esq.**
Levine Sullivan Koch & Schultz, LLP
1050 Seventeenth Street, NW, Suite 800
Washington, DC  20036

**Alan Burch, Esq.**
55 Fourth Street, NW
Washington, DC  2-530

**Erica H. Perkins, Esq.**
**Edward J. Longosz, Esq.**
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC  20006

**Patrick T. O'Rouke, Esq.**
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO  80204

Joseph Hennessey, Esq.
Newman, McIntosh & Hennessey
7315 Wisconsin Avenue
Suite 700 East
Bethesda, MD  20814
(301) 654-3400
*Interim Attorney for Plaintiffs*