UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER** <br><br> *Plaintiffs,* <br><br> vs. <br><br> **Department of Health and Human Services, et al.** <br><br> *Defendants.* | Case No. 1:05CV01749 |

### ORDER

Plaintiffs having filed a motion to amend the docket to delete erroneously filed documents within Docket No. 36 and the Court finding good cause shown, it is hereby

**ORDERED** that Docket No. 36 be amended to delete the document captioned "Memorandum of Points and Authorities in Support of Plaintiffs' Third Motion for an Enlargement of Time to File an Opposition to the American Academy of Pediatric's Motion to Dismiss/Motion for Summary Judgment."

Done this _____ day of _____, 2005.

_____
Judge, United States District Court

- 3 -