UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER** et al.,<br>  *Plaintiffs*,<br>vs.<br>**Department of Health and Human Services** et al.<br>  *Defendants*. | Plaintiffs' Motion to Strike the Opposition of American Academy of Pediatrics to Plaintiffs' Motion to Dismiss Without Prejudice.<br><br>Case No. 1:05CV01749<br><br>Judge Thomas Hogan |

Plaintiffs respectfully request that the Court strike American Academy of Pedatrics's ("AAP") Opposition to Plaintiffs' Motion to Dismiss Without Prejudice. AAP has already been dismissed from this case, is no longer a party, and thus lacks standing to raise any issue with the Court. Respectfully submitted this Wednesday, April 19, 2006.

*[signature]*

Joseph Hennessey, Esq.
Newman, McIntosh & Hennessey
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814
(301) 654-3400
*Interim Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Joseph Hennessey, certify that on Wednesday, April 19, 2006, a copy of Plaintiffs' Motion to Strike the Opposition of American Academy of Pediatrics to Plaintiffs' Motion to Dismiss Without Prejudice was served by the Electronic Filing Process of the United States District Court for the District of Columbia.

**Jay Ward Brown, Esq.**
**Adam J. Rappaport, Esq.**
Levine Sullivan Koch & Schultz, LLP
1050 Seventeenth Street, NW, Suite 800
Washington, DC  20036

**Alan Burch, Esq.**
55 Fourth Street, NW
Washington, DC  2-530

**Erica H. Perkins, Esq.**
**Edward J. Longosz, Esq.**
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC  20006

**Patrick T. O'Rouke, Esq.**
University of Colorado
1380 Lawrence Street, Suite 1325
Denver, CO  80204

Joseph Hennessey, Esq.
Newman, McIntosh & Hennessey
7315 Wisconsin Avenue
Suite 700 East
Bethesda, MD  20814
(301) 654-3400
*Interim Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GEIER AND MARK GEIER**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**Department of Health and Human Services, et al.**<br><br>*Defendants.* | Case No. 1:05CV01749 |

## ORDER

Plaintiffs having filed a motion to strike the American Academy of Pediatrics's ("AAP") Opposition to Plaintiffs' Motion to Dismiss the Complaint Without Prejudice; and the Court noting that Plaintiffs' Complaint against AAP has been dismissed thereby eliminating AAP as a Defendant in this case; the Court hereby

**ORDERS** that the Opposition to Plaintiffs' Motion to Dismiss Without Prejudice Filed by AAP be struck from the Docket.

Done this _____ day of _____, 2005.

_____
Judge, United States District Court