UNITED STATES DISTRICT
COURT FOR
THE DISTRICT OF COLUMBIA

**DAVID GEIER AND MARK GEIER**

*Plaintiffs,*

vs.

**Department of Health and Human
Services, et al.**

*Defendants.*

Case No. 1:05CV01749

**FILE**

APR 25 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## ORDER

Plaintiffs having filed a motion to strike the American Academy of Pediatrics's

("AAP") Opposition to Plaintiffs' Motion to Dismiss the Complaint Without Prejudice;

and the Court noting that Plaintiffs' Complaint against AAP has been dismissed thereby

eliminating AAP as a Defendant in this case; the Court hereby

**ORDERS** that the Opposition to Plaintiffs' Motion to Dismiss Without Prejudice

Filed by AAP be struck from the Docket.

Done this __24th__ day of __April__, 2005.

_____
Judge, United States District Court