UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. MARK GEIER,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*, <br><br> **Defendants.** | Civ. No. 05-1749 (TFH) |

## ORDER

Upon consideration of the plaintiffs' Motion to Dismiss Without Prejudice, and no opposition to the motion having been filed, it is hereby

**ORDERED** that the motion is **GRANTED**. Accordingly, the Complaint shall be dismissed without prejudice as to all remaining parties.

**SO ORDERED.**

May 15, 2006

/s/
Thomas F. Hogan
Chief Judge